**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

In Re:

PDG PRESTIGE, INC.,

     Debtor.                                          Case No. 21-30107-hcm

---

LEGALIST DIP GP, LLC,

     Plaintiff,

v.

                                              Adversary No. 23-03004-hcm

PDG PRESTIGE, INC. and,
MICHAEL DIXSON, INDIVIDUALLY,

     Defendants.

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
FOR LACK OF SUBJECT MATTER JURISDICTION**

On July 7, 2023, a Motion to Dismiss for Lack of Subject Matter Jurisdiction

("Motion")(dkt# 4) was filed by PDG Prestige, Inc. and Michael Dixson ("Defendants").  A

Response to Motion was filed by Plaintiff Legalist DIP GP, LLC.  A Reply in Support of the Motion was filed by Defendants.

The Court has considered the Motion, the Response, and the Reply.  The Court finds theat the Motion should be granted and the following Order should be entered.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1.      Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction (dkt# 4) is hereby GRANTED.

2.      This matter is dismissed without prejudice.

**###END OF ORDER#####**

RESPECTFULLY SUBMITTED,

MARTIN & LUTZ, P.C.

By  /S/David P. Lutz
David P. Lutz
Counsel for Defendants
P O Drawer 1837
Las Cruces, NM 88004
575-526-2449
575-526-0946 (F)