# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| PDG PRESTIGE, INC., | § § § | Chapter 7 |
| | § | Case No. 21-30107-hcm |
| Debtor. | § | |

| | | |
|---|---|---|
| LEGALIST DIP GP, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| PDG PRESTIGE, INC. AND MICHAEL DIXSON, INDIVIDUALLY, | § § § § | Adv. Case No. 23-03004 |
| Defendants. | § | |

## AMENDED CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Plaintiff's Response to Defendants' Motion to Dismiss [Dkt. 7] was served on the parties listed below on the 28th day of July 2023, via CM/ECF.

>   David P. Lutz
>   Martin, Lutz, Roggow, & Eubanks, P.C.
>   2100 N. Main Street
>   Las Cruces, New Mexico 88001
>   575.526.2449 (Telephone)
>   575.526.0946 (Facsimile)
>   dplutz@qwestoffice.net (E-mail)

>   **ATTORNEYS FOR DEFENDANTS**

Dated: July 31, 2023.

Respectfully submitted,

**BELL NUNNALLY & MARTIN LLP**

/s/ *Russell W. Mills*
Russell W. Mills
Texas State Bar No. 00784609
rmills@bellnunnally.com
Gwen I. Walraven
Texas State Bar No. 24047065
gwalrwaven@bellnunnally.com
2323 Ross Avenue, Suite 1900
Dallas, Texas 75201
214.740.1400 (Telephone)
214.740.1499 (Facsimile)

**ATTORNEYS FOR
LEGALIST DIP GP, LLC, AS
GENERAL PARTNER OF
LEGALIST DIP FUND I, LP AND
LEGALIST DIP SPV II, LP**