# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## El Paso Division

Bankruptcy Case No.: 21−30107−hcm

Chapter No.: 7

IN RE: **PDG Prestige, Inc.**, Debtor(s)

Adversary Proceeding No.: 23−03004−hcm

Judge: H. Christopher Mott

**Legalist DIP GP, LLC**
Plaintiff

v.

**PDG Prestige, Inc. et al.**
Defendant

## ORDER REQUIRING STATEMENT REGARDING CONSENT

The Court, having considered the guidance from the United States Supreme Court in *Wellness Int'l Network, Ltd. v. Sharif (In re Sharif)*, ––– U.S. ––––, 135 S. Ct. 1932, 1948 n.13 (2015), finds that the following Order should be entered.

IT IS ORDERED *AND NOTICE IS HEREBY GIVEN* AS FOLLOWS:

1. Within 21 days after the date of entry of this Order, each party in this adversary proceeding shall file and serve a "Statement Regarding Consent."

2. In such Statement Regarding Consent, each party shall expressly state that the party consents to entry of final orders and a final judgment by the Court (an Article I bankruptcy judge) in this adversary proceeding, OR, that the party does not consent to entry of final orders and a final judgment by the Court (an Article I bankruptcy judge) in this adversary proceeding.

3. If any party is added to, joined, or served in this adversary proceeding after the entry of this Order, such additional party shall file and serve a separate Statement Regarding Consent at the same time as the first pleading is filed by such additional party.

4. Nothing contained in this Order shall constitute a finding or determination by the Court that consent of the parties is required for the Court to enter final orders and a final judgment in this adversary proceeding.

Dated: 9/21/23

Barry D. Knight
Clerk, U. S. Bankruptcy Court
BY:

[Statement Regarding Consent Order (AP)] [OstmcAPap]

United States Bankruptcy Court
Western District of Texas

Legalist DIP GP, LLC,
    Plaintiff

Adv. Proc. No. 23-03004-hcm

PDG Prestige, Inc.,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0542-3      User: admin      Page 1 of 2
Date Rcvd: Sep 21, 2023      Form ID: 266      Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Legalist DIP GP, LLC, c/o Bell Nunnally & Martin LLP, 2323 Ross Avenue, Suite 1900, Dallas, TX 75201-2721 |
| dft | + Michael Dixson, 12912 Hill Country Blvd., Bldg. F, Suite 235, Austin, TX 78738-6328 |
| dft | + PDG Prestige, Inc., c/o Michael Dixson, President, 12912 Hill Country Blvd, Bldg. F, Suite 235, Austin, TX 78738-7102 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| intp | + Email/Text: ron@ingallstrustee.com | Sep 21 2023 22:08:00 | Ronald E. Ingalls, P.O. Box 2867, Fredericksburg, TX 78624-1927 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 23, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David P. Lutz | on behalf of Defendant PDG Prestige Inc. dplutz@qwestoffice.net |
| David P. Lutz | on behalf of Defendant Michael Dixson dplutz@qwestoffice.net |

District/off: 0542-3 User: admin Page 2 of 2
Date Rcvd: Sep 21, 2023 Form ID: 266 Total Noticed: 4

Gwen Irene Walraven
                              on behalf of Plaintiff Legalist DIP GP LLC gwalraven@bellnunnally.com, csellers@bellnunnally.com

Russell W. Mills
                              on behalf of Plaintiff Legalist DIP GP LLC rmills@bellnunnally.com, nsummerville@bellnunnally.com;tstephenson@bellnunnally.com

TOTAL: 4