**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § § § | |
| **PDG PRESTIGE, INC.,** | § § § | **Chapter 7** |
| | § | **Case No. 21-30107-hcm** |
| Debtor. | § | |

| | | |
|---|---|---|
| **LEGALIST DIP GP, LLC,** | § § | |
| Plaintiff, | § § | |
| v. | § § | |
| **PDG PRESTIGE, INC. AND MICHAEL DIXSON, INDIVIDUALLY,** | § § § § | **Adv. Case No. 23-03004** |
| Defendants. | § | |

**NOTICE OF BELL NUNNALLY & MARTIN, LLP'S WITHDRAWAL AS COUNSEL FOR LEGALIST DIP GP, LLC PURSUANT TO LOCAL RULE 2014 E(2)**

**PLEASE TAKE NOTICE** that, Bell Nunnally & Martin LLP, including Russell W. Mills, lead counsel, and Gwen I. Walraven, (collectively, "BNM"), counsel to Legalist DIP GP, LLC, on behalf of Legalist DIP Fund I, LP and Legalist DIP SPV, LP ("Legalist") hereby withdrew as counsel to Legalist in the above-captioned case. Legalist has secured replacement counsel. Lead counsel is M. Zachary Bluestone of Bluestone Law. His contact information is 1717 K Street, Suite 900, Washington, D.C. 20006; (202) 655-2250; and email address MAB@bluestonelaw.com. Local counsel is Jason Binford of Ross, Smith & Binford, P.C. His contact information is 2003 N. Lamar Blvd., Suite 100, Austin, Texas 78705; (412) 351-4778; and email address Jason.binford@rsbfirm.com.

Dated: December 15, 2023.  
Dallas, Texas

Respectfully submitted,

**BELL NUNNALLY & MARTIN, LLP**

/s/ *Russell W. Mills*
Russell W. Mills  
Texas State Bar No. 00784609  
rmills@bellnunnally.com  
Gwen I. Walraven  
Texas State Bar No. 24047065  
gwalrwaven@bellnunnally.com  
2323 Ross Avenue, Suite 1900  
Dallas, TX 75201  
214.740.1400 (Telephone)  
214.740.1499 (Facsimile)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on the parties required by Local Rule 9013 (d)(2) on this 15th day of December 2023, via *CM/ECF* and/or by First Class Regular Mail.

David P. Lutz  
Martin, Lutz, Roggow, & Eubanks, P.C.  
2100 N. Main Street  
Las Cruces, NM 88001  
Email: dplutz@qwestoffice.net  
**Attorneys for Defendants**  
**PDG Prestige, Inc. and Michael Dixson**

Ronald E Ingalls  
P.O. Box 2867  
Fredericksburg, TX 78624-1927  
Email: ingallstrustee@gmail.com  
**Chapter 7 Trustee**

/s/ *Russell W. Mills*
Russell W. Mills

7744353_1.DOCX

**NOTICE OF BELL NUNNALLY & MARTIN LLP'S**
**WITHDRAWAL AS COUNSEL FOR LEGALIST DIP GP, LLC**                                                Page 2