# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| IN RE § | |
| § | CASE NO. 21-30107-cgb |
| PDG PRESTIGE, INC. § | |
| § | CHAPTER 7 |
| DEBTOR. § | |
| § | |
| LEGALIST DIP GP, LLC § | |
| § | |
| PLAINTIFF, § | |
| § | |
| v. § | ADVERSARY NO. 23-03004-cgb |
| § | |
| PDG PRESTIGE, INC. § | |
| and MICHAEL DIXSON, individually § | |
| § | |
| DEFENDANTS. § | |

## NOTICE OF BLUESTONE, P.C. AND ROSS, SMITH & BINFORD, PC SUBSTITUTION AS CO-COUNSEL FOR LEGALIST DIP GP, LLC PURSUANT TO LOCAL BANKRUPTCY RULE 2014(E)(2)

PLEASE TAKE NOTICE that the undersigned counsel with the firms Bluestone, P.C. and Ross, Smith & Binford, PC hereby advise of their substitution as co-counsel for Legalist DIP GP, LLC ("**Legalist**"), plaintiff in the above-captioned adversary proceeding.

Dated: December 18, 2023          Respectfully submitted,

                                               */s/ M. Zachary Bluestone*
                                               M. Zachary Bluestone, Admitted *Pro Hac Vice*
                                               D.C. Bar No. 994010
                                               Bluestone, P.C.
                                               1717 K Street NW, Suite 900
                                               Washington, DC 20006
                                               Phone: 202-655-2250
                                               Email: mzb@bluestonelaw.com

                                               -and-

                                               */s/ Jason Binford*
                                               Jason Binford
                                               State Bar No. 24045499
                                               Ross, Smith & Binford, PC
                                               2003 N. Lamar Blvd., Ste. 100
                                               Austin, TX 78705
                                               Phone: 512-351-4778
                                               Email: jason.binford@rsbfirm.com

                                               *Counsel to Legalist DIP GP, LLC*

## **CERTIFICATE OF SERVICE**

      I certify that on December 18, 2023, I served or caused to be served the foregoing document via the Court's Electronic Case Filing System upon the parties listed below via the manner described.

                                      /s/ *Jason Binford*
                                        Jason Binford

***Debtor:***
PDG Prestige, Inc.
154 N Festival Dr., Ste. D
El Paso, TX 79912
**Served via U.S. mail**

***Defendant:***
Michael Dixson
12912 Hill Country Blvd., Bldg. F., Ste. 235
Austin, TX 78738
**Served via U.S. mail**

***Defendants' Counsel:***
David P. Lutz
P.O. Drawer
Las Cruces, NM 88004-183
Email: dplutz@qwestoffice.net
**Served via ECF and E-Mail**

***United States Trustee:***
P.O. 1539
San Antonio, TX 78295
Email: ustpregion07.sn.ecf@usdoj.gov
**Served via ECF and E-Mail**

***Trustee:***
Ronald E Ingalls
PO Box 2867
Fredericksburg, TX 78624-1927
Email: ingallstrustee@gmail.com
**Served via ECF and E-Mail**