**The relief described hereinbelow is SO ORDERED.**



**Signed December 26, 2023.**

_____
**CHRISTOPHER G. BRADLEY**
**UNITED STATES BANKRUPTCY JUDGE**

_____

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: § | | Case No. 21-30107-CGB |
| PDG PRESTIGE, INC. § | | |
|     Debtor § | | Chapter 7 |
| LEGALIST DIP GP, LLC, § | | Adv. No. 23-03004 |
|     Plaintiff § | | |
| v. § | | |
| PDG PRESTIGE, INC., and MICHAEL § | | |
| DIXSON, INDIVIDUALLY § | | |
|     Defendants § | | |

### ORDER SUBSTITUTING ATTORNEY FOR PDG PRESTIGE, INC.

ON THIS DAY, the Court considered the Motion of the Trustee to Substitute Attorney, and the Court finds that the Motion is well taken, and should be approved. It is, therefore,

ORDERED, that the Law Office of Ronald Ingalls, is substituted as attorney for the PDG Prestige, Inc., and David P. Lutz is removed as attorney for PDG Prestige, Inc.

###

Prepared by:
Ronald Ingalls
PO Box 2867
Fredericksburg, TX 78624
Tel: (830) 321-0878
Fax: (830) 321-0913
Email: ingallstrustee@gmail.com