**The relief described hereinbelow is SO ORDERED.**

**Signed December 26, 2023.**

_____
CHRISTOPHER G. BRADLEY
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: § | | Case No. 21-30107-CGB |
| PDG PRESTIGE, INC. § | | |
|     Debtor § | | Chapter 7 |
| LEGALIST DIP GP, LLC, § | | Adv. No. 23-03004 |
|     Plaintiff § | | |
| v. § | | |
| PDG PRESTIGE, INC., and MICHAEL § | | |
| DIXSON, INDIVIDUALLY § | | |
|     Defendants § | | |

### ORDER SUBSTITUTING ATTORNEY FOR PDG PRESTIGE, INC.

ON THIS DAY, the Court considered the Motion of the Trustee to Substitute Attorney, and the Court finds that the Motion is well taken, and should be approved. It is, therefore,

ORDERED, that the Law Office of Ronald Ingalls, is substituted as attorney for the PDG Prestige, Inc., and David P. Lutz is removed as attorney for PDG Prestige, Inc.

###

Prepared by:
Ronald Ingalls
PO Box 2867
Fredericksburg, TX 78624
Tel: (830) 321-0878
Fax: (830) 321-0913
Email: ingallstrustee@gmail.com

United States Bankruptcy Court

Western District of Texas

Legalist DIP GP, LLC,
    Plaintiff

PDG Prestige, Inc.,
    Defendant

Adv. Proc. No. 23-03004-cgb

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 27, 2023 | Form ID: pdfintp | Total Noticed: 7 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Gwen Irene Walraven, Bell Nunnally & Martin, 2323 Ross Avenue, Suite 1900, Dallas, TX 75201-2721 |
| aty | + | Russell W. Mills, Bell Nunnally & Martin, 2323 Ross Ave., Suite 1900, Dallas, TX 75201-2721 |
| pla | + | Legalist DIP GP, LLC, c/o Bell Nunnally & Martin LLP, 2323 Ross Avenue, Suite 1900, Dallas, TX 75201-2721 |
| dft | + | Michael Dixson, 12912 Hill Country Blvd., Bldg. F, Suite 235, Austin, TX 78738-6328 |
| dft | + | PDG Prestige, Inc., c/o Michael Dixson, President, 12912 Hill Country Blvd, Bldg. F, Suite 235, Austin, TX 78738-7102 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Dec 27 2023 22:22:00 | United States Trustee - EP12, U.S. Trustee's Office, 615 E. Houston, Suite 533, P.O. Box 1539, San Antonio, TX 78295-1539 |
| intp | + Email/Text: ron@ingallstrustee.com | Dec 27 2023 22:23:00 | Ronald E. Ingalls, P.O. Box 2867, Fredericksburg, TX 78624-1927 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2023 at the address(es) listed below:

**Name**      **Email Address**

District/off: 0542-3 User: admin Page 2 of 2
Date Rcvd: Dec 27, 2023 Form ID: pdfintp Total Noticed: 7

David P. Lutz
    on behalf of Defendant Michael Dixson dplutz@qwestoffice.net

David P. Lutz
    on behalf of Defendant PDG Prestige Inc. dplutz@qwestoffice.net

Jason Bradley Binford
    on behalf of Plaintiff Legalist DIP GP LLC jason.binford@rsbfirm.com

Ronald E Ingalls
    on behalf of Interested Party Ronald E. Ingalls ingallstrustee@gmail.com
    ecf@ingallstrustee.com;ri@trustesolutions.net;sioboop@ingallstrustee.com

TOTAL: 4