UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: § | | Case No. 21-30107-CGB |
| PDG PRESTIGE, INC. § | | |
|     Debtor § | | Chapter 7 |
| | | |
| LEGALIST DIP GP, LLC, § | | Adv. No. 23-03004 |
|     Plaintiff § | | |
| v. § | | |
| PDG PRESTIGE, INC., and MICHAEL § | | |
| DIXSON, INDIVIDUALLY § | | |
|     Defendants § | | |

## MOTION TO REALIGN PDG PRESTIGE, INC. AS PARTY PLAINTIFF

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within 14 days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely response is necessary for a hearing to be held.**

TO THE HONORABLE CHRISTOPHER BRADLEY, UNITED STATED BANKRUPTCY JUDGE:

Ronald Ingalls, Chapter 7 Trustee for PDG Prestige, Inc., files this Motion to Realign PDG Prestige, Inc., as a Party Plaintiff, and would show the Court as follows:

1. The movant is Ronald Ingalls, Chapter 7 Trustee for PDG Prestige, Inc., which case was filed on February 15, 2021, as a Chapter 11 case, and converted to Chapter 7 on July 13, 2023.

2. At the time the original Complaint in this Adversary was filed, PDG was a reorganized Chapter 11 Debtor, post-confirmation, and was controlled by Defendant, Michael Dixson.

3. Some of the allegations raised in the Complaint are actions against Dixson that the

Trustee believes are property of the bankruptcy estate (see Order Denying Defendants' Motion to Dismiss, docket #9 in this Adversary). The Trustee therefore believes that PDG should be realigned as a Plaintiff in this Adversary.

4. PDG will file its Complaint within 14 days of the entry of an order granting this Motion.

5. The movant has consulted with David Lutz, attorney for Defendant, Michael Dixson, who does not oppose this relief. The movant has consulted with Zachary Bluestone and Jason Binford, attorneys for the Plaintiff, who do not oppose this relief.

WHEREFORE PREMISES CONSIDERED, Ronald Ingalls, Chapter 7 Trustee, prays that the PDG Prestige, Inc., be aligned as a Plaintiff in this Adversary Proceeding, and for other just relief.

Respectfully submitted,

/s/ Ronald Ingalls
Ronald Ingalls
SBT 10391900
Law Office of Ronald Ingalls
PO Box 2867
Fredericksburg, TX 78624
Tel: (830) 321-0878
Fax: (830) 321-0913
Email: ingallstrustee@gmail.com

ATTORNEY FOR CHAPTER 7 TRUSTEE

**CERTIFICATE OF SERVICE**

The signature above certifies that a true and correct copy of the foregoing document has been served by email on January 17, 2024, on those listed below:

David P. Lutz
Martin & Lutz PC
PO Drawer 1837
Las Cruces, NM 88004
dplutz@qwestoffice.net

| | |
|---|---|
| Jason Binford<br>Ross Smith & Binford<br>2003 N. Lamar Blvd, Ste 100<br>Austin, TX 78705<br>Jason.binford@rsbfirm.com | M. Zachary Bluestone<br>Bluestone PC<br>1717 K Street NW, Suite 900<br>Washington DC 2000+6<br>mzb@bluestonelaw.com |