**The relief described hereinbelow is SO ORDERED.**

**Signed February 06, 2024.**

_____
**CHRISTOPHER G. BRADLEY
UNITED STATES BANKRUPTCY JUDGE**

_____

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 21-30107-CGB |
| PDG PRESTIGE, INC. | § | |
|     Debtor | § | Chapter 7 |
| LEGALIST DIP GP, LLC, | § | Adv. No. 23-03004 |
|     Plaintiff | § | |
| v. | § | |
| PDG PRESTIGE, INC., and MICHAEL | § | |
| DIXSON, INDIVIDUALLY | § | |
|     Defendants | § | |

### ORDER REALIGNING PDG PRESTIGE, INC. AS PARTY PLAINTIFF

ON THIS DAY, the Court considered the Motion to Realign PDG Prestige, Inc., as a Party Plaintiff, and the Court finds that the Motion is well taken, and should be approved. It is, therefore,

ORDERED, that PDG Prestige, Inc., is aligned as a Plaintiff in this Adversary proceeding, and PDG Prestige, Inc. will file its complaint within 14 days after the entry of this Order.

###

Prepared by:
Ronald Ingalls
PO Box 2867
Fredericksburg, TX 78624
Tel: (830) 321-0878
Fax: (830) 321-0913
Email: ingallstrustee@gmail.com