**The relief described hereinbelow is SO ORDERED.**

**Signed February 06, 2024.**

_____
**CHRISTOPHER G. BRADLEY**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: § | | Case No. 21-30107-CGB |
| PDG PRESTIGE, INC. § | | |
|    Debtor § | | Chapter 7 |
| LEGALIST DIP GP, LLC, § | | Adv. No. 23-03004 |
|    Plaintiff § | | |
| v. § | | |
| PDG PRESTIGE, INC., and MICHAEL § | | |
| DIXSON, INDIVIDUALLY § | | |
|    Defendants § | | |

### ORDER REALIGNING PDG PRESTIGE, INC. AS PARTY PLAINTIFF

ON THIS DAY, the Court considered the Motion to Realign PDG Prestige, Inc., as a Party Plaintiff, and the Court finds that the Motion is well taken, and should be approved. It is, therefore,

ORDERED, that PDG Prestige, Inc., is aligned as a Plaintiff in this Adversary proceeding, and PDG Prestige, Inc. will file its complaint within 14 days after the entry of this Order.

###

Prepared by:
Ronald Ingalls
PO Box 2867
Fredericksburg, TX 78624
Tel: (830) 321-0878
Fax: (830) 321-0913
Email: ingallstrustee@gmail.com

United States Bankruptcy Court

Western District of Texas

Legalist DIP GP, LLC,
    Plaintiff

Adv. Proc. No. 23-03004-cgb

Dixson,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 07, 2024 | Form ID: pdfintp | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Gwen Irene Walraven, Bell Nunnally & Martin, 2323 Ross Avenue, Suite 1900, Dallas, TX 75201-2721 |
| aty | + | Russell W. Mills, Bell Nunnally & Martin, 2323 Ross Ave., Suite 1900, Dallas, TX 75201-2721 |
| pla | + | Legalist DIP GP, LLC, c/o Bluestone, P.C., 1717 K Street, Suite 900, Washington, DC 20006-5349 |
| dft | + | Michael Dixson, 12912 Hill Country Blvd., Bldg. F, Suite 235, Austin, TX 78738-6328 |
| pla | + | PDG Prestige, Inc., c/o Michael Dixson, President, 12912 Hill Country Blvd, Bldg. F, Suite 235, Austin, TX 78738-7102 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Feb 07 2024 22:27:00 | United States Trustee - EP12, U.S. Trustee's Office, 615 E. Houston, Suite 533, P.O. Box 1539, San Antonio, TX 78295-1539 |
| intp | + Email/Text: ron@ingallstrustee.com | Feb 07 2024 22:27:00 | Ronald E. Ingalls, P.O. Box 2867, Fredericksburg, TX 78624-1927 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2024 at the address(es) listed below:

**Name    Email Address**

District/off: 0542-3     User: admin     Page 2 of 2
Date Rcvd: Feb 07, 2024     Form ID: pdfintp     Total Noticed: 7

David P. Lutz
       on behalf of Defendant Michael Dixson dplutz@qwestoffice.net

Jason Bradley Binford
       on behalf of Plaintiff Legalist DIP GP LLC jason.binford@rsbfirm.com

Michael Z Bluestone
       on behalf of Plaintiff Legalist DIP GP LLC mzb@bluestonelaw.com

Ronald E Ingalls
       on behalf of Defendant PDG Prestige Inc. ingallstrustee@gmail.com, ecf@ingallstrustee.com;ri@trustesolutions.net;sioboop@ingallstrustee.com

Ronald E Ingalls
       on behalf of Interested Party Ronald E. Ingalls ingallstrustee@gmail.com ecf@ingallstrustee.com;ri@trustesolutions.net;sioboop@ingallstrustee.com

Ronald E. Ingalls
       on behalf of Defendant PDG Prestige Inc. ron@ingallstrustee.com

TOTAL: 6