## U.S. Bankruptcy Court
## Western District of Texas

In re:

                                          Case No. **21–30107–cgb**

                                          Chapter No. **7**

**PDG PRESTIGE, INC.**
Debtor

                                          Adv. Proc. No. **23–03004–cgb**

**LEGALIST DIP GP, LLC**
**PDG PRESTIGE, INC.**
Plaintiff
v.
**MICHAEL DIXSON AND MESILLA VALLEY VENTURES, LLC ET. AL.**
Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

**Address of Clerk**

        **Clerk, U.S. Bankruptcy Court**
        **Western District of Texas**
        **511 E. San Antonio Ave., Suite 444**
        **El Paso, TX 79901**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney**

        **Ronald E Ingalls**
        **PO Box 2867**
        **Fredericksburg, TX 78624–1927**

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**Date Issued:**
**02/26/2024**



**Barry D. Knight, Clerk Of Court**

**continued caption:**

**Listing Of Defendant Names:**

MICHAEL DIXSON

12912 HILL COUNTRY BLVD.
BLDG. F, SUITE 235

AUSTIN, TX 78738

MESILLA VALLEY VENTURES, LLC

C/O PDGTX INC.
2921 E 17TH STREET
BUILDING B
AUSTIN, TX 78702
UNITED STATES

MICHAEL DIXSON TRUST

12912 HILL COUNTRY BLVD.
BLDG. F
STE. 235
AUSTIN, TX 78738

CHRISTINA DIXSON

6 CANDLELEAF CT

THE HILLS, TX 78738–1444

SOUTHWESTERN ABSTRACT & TITLE COMPANY, INC.

C/O KAREN L. DAVIS
1125 SOUTH MAIN

LAS CRUCES, NM 88005

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, _____ (name), certify that service of this summons and a copy of the complaint was made _____ (date), which is within 7 days after the summons was issued under Federal Rule of Bankruptcy Procedure 7004(e), by:

❏ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

❏ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❏ Residence Service: By leaving the process with the following adult at:

❏ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❏ Publication: The defendant was served as follows: [Describe briefly]

❏ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____   Signature _____

Print Name: _____

Business Address: _____

_____