U.S. Bankruptcy Court
Western District of Texas
State of Texas

Legalist DIP GP, LLC, and PDG Prestige, Inc.

Case No. 23-03004-cgb

v.

Michael Dixson, individually, Mesilla Valley Ventures, LLC,
Michael Dixson Trust Through its Trustee Michael J. Dixson,
Christiana Dixson, Southwestern Abstract & Title Company, Inc., and
Weycer, Kaplan, Pulaski, & Zuber P.C.

**AFFIDAVIT OF SERVICE**

State of Texas
County of El Paso

Person being served: Southwestern Abstract & Title Company, Inc.
Address of service: 1125 South Main St, Las Cruces, NM 88005
Document being served: Summons in an Adversary Proceeding, Plaintiff's Second Amended Complaint

I, Richard Dryden, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

I served Southwestern Abstract & Title Company, Inc. by serving Tara Munoz, Escrow Officer at Southwestern Abstract & Title Co. on behalf of registered agent Gricel Chavez the Summons in an Adversary Proceeding and Plaintiff's Second Amended Complaint by hand on March 6, 2024, at 10:35 am at 1125 South Main St, Las Cruces, NM 88005.

_(signature)_
Richard Dryden, Process Server
P.O. Box 4113
El Paso, TX 79914
PSC15842 Exp. 11/30/2024

SUBSCRIBED AND SWORN TO

(SEAL)

EVELYN JOY HUNDT FERNANDEZ
Notary ID #134524040
My Commission Expires
August 24, 2027

Before me this 3/6/2024 by Richard Dryden

_(signature)_
Notary Public
My commission expires 8/24/2027