## AFFIDAVIT OF SERVICE

### UNITED STATES BANKRUPTCY COURT
### District of Texas

Case Number: 23-03004-CGB

Plaintiff:
**In Re: PDG Prestige, Inc.**

vs.

Defendant:

For:
Zachary Bluestone
BLUESTONE, P.C.
1717 K Street Nw, Suite 900
Washington, DC 20006

Received by Elite Discovery & Elite Deposition Technologies, Inc. on the 26th day of February, 2024 at 1:18 pm to be served on **Weycer, Kaplan, Pulasksi & Zuber, P.C., 24 Greenway Plaza, Suite 2050, Houston, TX 77046**.

I, Andrew L. Garza, being duly sworn, depose and say that on the **27th day of February, 2024** at **4:55 pm, I:**

delivered to its **REGISTERED AGENT** a true copy of the **Summons and Plaintiff's Second Amended Complaint** with the date of service endorsed thereon by me, to: **Sandy Cohen** as the **authorized agent** at the address of: **24 Greenway Plaza, Suite 2050, Houston, TX 77046** authorized to accept service on behalf of **Weycer, Kaplan, Pulasksi & Zuber, P.C.**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Texas Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 28 day of February, 2024 by the affiant who is personally known to me.

NOTARY PUBLIC

BLANCHE CUNNINGHAM
Notary Public, State of Texas
Comm. Expires 09-30-2026
Notary ID 128439279

**Andrew L. Garza**
PSC 4491 Exp. 12/31/25

**Elite Discovery & Elite Deposition Technologies, Inc.**
400 N. Saint Paul St., Ste. 1300
Dallas, TX 75201
(214) 556-3578

Our Job Serial Number: AHC-2024000186
Ref: 2024000186

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r