**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **BANKRUPTCY NO. 21-30107-CGB** |
| **PDG PRESTIGE, INC.,** | § | |
| | § | **CHAPTER 7** |
| *Debtor.* | § | |
| _____ | § | _____ |
| | § | |
| **LEGALIST DIP GP, LLC** and | § | |
| **PDG PRESTIGE, INC.** (by and through | § | |
| Ronald Ingalls, Chapter 7 Trustee), | § | **ADVERSARY NO. 23-03004-CGB** |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | |
| | § | |
| **MICHAEL DIXSON, individually,** | § | |
| **MESILLA VALLEY VENTURES, LLC,** | § | |
| **MICHAEL DIXSON TRUST THROUGH** | § | |
| **ITS TRUSTEE MICHAEL J. DIXSON,** | § | |
| **CHRISTINA DIXSON, SOUTHWESTERN** | § | |
| **ABSTRACT & TITLE COMPANY, INC.,** | § | |
| and **WEYCER, KAPLAN, PULASKI &** | § | |
| **ZUBER P.C.,** | § | |
| | § | |
| *Defendants*. | § | |

<u>**ORDER GRANTING WEYCER, KAPLAN, PULASKI & ZUBER P.C.'S MOTION TO DISMISS**</u>

**ORDER GRANTING WEYCER, KAPLAN, PULASKI & ZUBER P.C.'S MOTION TO DISMISS**        1

Before me came to be heard the Motion of Weycer, Kaplan, Pulaski & Zuber P.C. ("Weycer Kaplan") to Dismiss the Plaintiffs Legalist DIP GP, LLC and PDG Prestige, Inc.'s (by and through Ronald Ingalls, Chapter 7 Trustee) (collectively, "Plaintiffs") *Second Amended Complaint* (Docket No. 36) ("*Complaint*") in the above-styled matter pursuant to Federal Rule of Civil Procedure 12(b)(6) ("*Motion*"). After reviewing the *Motion*, any responsive pleadings thereto, and the arguments of counsel, if any, I GRANT the *Motion*.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Plaintiffs' *Complaint* is hereby dismissed without prejudice as to Weycer Kaplan.

# # #

Prepared By:

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: */s/ Riley F. Tunnell*
THOMAS A. CULPEPPER
State Bar No. 05215650
RILEY F. TUNNELL
State Bar No. 24115879

Plaza of the Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, TX 75201-2832
Telephone: (214) 871-8233
Telecopy: (214) 871-8209
Email: tculpepper@thompsoncoe.com
       rtunnell@thompsoncoe.com

**ATTORNEYS FOR WEYCER,
KAPLAN, PULASKI & ZUBER P.C.**