\

United States Bankruptcy Western District of Texas

El Paso Division

| | | |
|---|---|---|
| IN RE:<br><br>PDG PRESTIGE. INC.<br><br>Debtor. | §<br>§<br>§<br>§ | Case No 21-30107 HCM<br>Chapter 7 |
| LEGALIST DIP GP, LLC and.<br>PDG PRESTIGE, INC. (by and<br>through Ronald Ingalls,<br>Chapter 7 Trustee),<br><br>*Plaintiffs,*<br><br>v.<br><br>MICHAEL DIXSON, individually,<br>MESILLA VALLEY VENTURES, LLC,<br>MICHAEL DIXSON TRUST THROUGH<br>ITS TRUSTEE MICHAEL J. DIXSON,<br>CHRISTINA DIXSON, SOUTHWESTERN<br>ABSTRACT & TITLE COMPANY, INC.,<br>and WEYCER, KAPLAN, PULASKI &<br>ZUBER P.C.,<br><br>*Defendants.* | §<br><br>§<br><br>§<br><br>§<br><br><br><br><br><br><br><br>§ | ADVERSARY NO. 23-03004-CGB |

## DEFENDANTS ORDER GRANTING MICHAEL DIXSON AND MICHAEL DIXSON TRUST'S MOTION TO DISMISS

Before me came to be heard the Motion of Defendant(s) Michael Dixson and Michael Dixson Trust ("Defendants") to Dismiss the Plaintiffs Legalist DIP GP, LLC and PDG Prestige, Inc.'s (by and through Ronald Ingalls, Chapter 7 Trustee) (collectively, "Plaintiffs") *Second Amended Complaint* (Docket No. 36) ("*Complaint*") in the above-styled matter pursuant to Federal Rule of Civil Procedure 12(b)(6) ("*Motion*"). After reviewing the *Motion*, any responsive pleadings thereto, and the arguments of counsel, if any, I **GRANT** the *Motion*.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Plaintiffs' *Complaint* is hereby dismissed with prejudice as to Michael Dixson Individually and the Michael Dixson Trust through its Trustee Michael J. Dixson.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Plaintiff's Unconditional Lien Release for Lot 1A is valid and all collateral associated with the Transfer

19

of the property is deemed released pursuant to the Unconditional Release for Lot 1A dated April 18, 2022.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED Southwest Abstract and Title Company release $200,000.00 held in escrow account to Mesilla Valley Ventures, LLC.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED this court finds the Plaintiffs will reimburse the Defendants for its out-of-pocket attorney expenses in the amount of $_____ and shall award the Defendants $_____ as damages due to Plaintiffs' bad faith dealings and abuse of the Judicial system.

Prepared by
Michael J. Dixson for Defendants pro se.

By: _____
Michael Dixson
12912 Hill Country Blvd F-235
Bee Cave, TX 78738
mdixson@pdgatx.com

19