23-03004-cgb Doc#139-7 Filed 05/28/25 Entered 05/28/25 18:09:38 Exhibit 7. Order Approving First Amended Disclosure Statement Pg 1 of 3

**EXHIBIT 7** - ORDER APPROVING 1ST AMENDED DISCLOSURE STATEMENT (DKT. 118)

**The relief described hereinbelow is SO ORDERED.**

**Signed January 20, 2022.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

___

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 21-30107 |
| PDG PRESTIGE, INC., | § | (Chapter 11) |
| EIN: 82-5472295 | § | |
| Address: | § | |
|    PDG Prestige, Inc. | § | |
|    154 N. Festival Dr., Suite D | § | |
|    El Paso, TX 79912 | § | |
|      Debtor. | § | |

**ORDER TO (I) APPROVE FIRST AMENDED DISCLOSURE STATEMENT (AS CORRECTED) IN SUPPORT OF FIRST AMENDED PLAN OF REORGANIZATION OF PDG PRESTIGE, INC. DATED JANUARY 17, 2022 (II) ESTABLISH PLAN RELATED DEADLINES, AND (III) SET CONFIRMATION HEARING, AND NOTICE OF DEADLINES AND HEARING TO CONSIDER CHAPTER 11 PLAN, AND ADDRESSING RELATED DATES AND DEADLINES (RE: DOCKET NOS. 110, 111,116)**

On January 19, 2022, came on for consideration the *First Amended Disclosure Statement in Support of the First Amended Plan of Reorganization of PDG Prestige, Inc. Dated January 17, 2022* (Docket No. 111) and as corrected subsequent to the hearing (Docket No. 116) (collectively, the "Disclosure Statement") filed herein on January 17, 2022 by PDG Prestige, Inc., debtor and debtor in possession ("PDGP" or the "Debtor") and relating to the proposed *First Amended Plan of Reorganization of PDG Prestige, Inc.* dated January 17, 2022 (Docket No. 110) (the "Plan" filed herein by the Debtor also on January 17, 2022.

ORDER TO (I) APPROVE FIRST AMENDED DISCLOSURE STATEMENT (AS CORRECTED) IN SUPPORT OF FIRST AMENDED PLAN OF REORGANIZATION OF PDG PRESTIGE, INC. DATED JANUARY 17, 2022 (II) ESTABLISH PLAN RELATED DEADLINES, AND (III) SET CONFIRMATION HEARING, AND NOTICE OF DEADLINES AND HEARING TO CONSIDER CHAPTER 11 PLAN, AND ADDRESSING RELATED DATES AND DEADLINES (RE: DOCKET NOS. 110, 111, 116) — Page 1

2088315.DOCX[1]

The Court finds and concludes that upon review of the record of this case that sufficient notice was provided in accordance with the Federal Rules of Bankruptcy Procedures and/or the Bankruptcy Local Rules, the Code, that sufficient cause exists to enter the following Orders.

**IT IS THEREFORE ORDERED THAT:**

1. The Disclosure Statement is approved as having adequate information as required by Code §1125.

2. The Debtor is authorized to solicit votes with respect to the Plan.

3. The Ballot Form filed with the Court (Docket No. 114) is approved.

4. On or before **January 21, 2022**, the Debtor shall mail a copy of this Order, the Debtor's proposed Plan, the Disclosure Statement, and the Ballot Form to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States Trustee, as provided in Fed. R. Bankr. P. 3017(d); however, in accordance with Code §1126(f), acceptances and rejections will not be solicited from any class that is not impaired under the Plan. Promptly thereafter the Debtor shall a certificate of service the Court reflecting such mailing.

5. On or before **February 4, 2022**, the Debtor shall file and serve to all creditors any supplements to and/or proposed agreements to be approved in connection with the Plan.

6. **February 18, 2022** (the "***Ballot Deadline***" as shown in the Plan and Disclosure Statement) is fixed as the last day for filing written acceptances or rejections of the Debtor's proposed Plan which must be received on that date at the offices of Jeff Carruth, Weycer, Kaplan, Pulaski & Zuber, P.C. 3030 Matlock Rd., Suite 201 Arlington, TX 76015, facsimile (866) 666-5322, email jcarruth@wkpz.com, and no acceptances or rejections received after the stated deadline shall be counted or otherwise included in the tabulation of acceptances and rejections of the proposed Plan without further Court order. Ballots may be accepted by mail, fax, and/or email but must arrive prior to the Ballot Deadline.

7. **February 18, 2021** (the "***Objection Deadline***" as shown in the Plan and Disclosure Statement) is fixed as the last day for filing and serving written objections to confirmation of the Plan pursuant to Fed. R. Bankr. P. 3020(b)(1). Any objections shall include a memorandum of legal authorities supporting such objections. All comments or objections not timely filed and served by such deadline shall be deemed waived.

8. **February 21, 2022** is the deadline for the Debtor to file (1) a ballot summary in accordance with Local Rule 3018(b), (2) a legal memorandum addressing any

---

**ORDER TO (I) APPROVE FIRST AMENDED DISCLOSURE STATEMENT (AS CORRECTED) IN SUPPORT OF FIRST AMENDED PLAN OF REORGANIZATION OF PDG PRESTIGE, INC. DATED JANUARY 17, 2022 (II) ESTABLISH PLAN RELATED DEADLINES, AND (III) SET CONFIRMATION HEARING, AND NOTICE OF DEADLINES AND HEARING TO CONSIDER CHAPTER 11 PLAN, AND ADDRESSING RELATED DATES AND DEADLINES (RE: DOCKET NOS. 110, 111, 116) — Page 2** 2088315.DOCX[1]

unresolved objections to confirmation, and (3) under a notice coversheet a proposed order confirming the Plan.

9. The Court will conduct an evidentiary hearing on confirmation of the Plan (the "*Confirmation Hearing*" as shown in the Plan and Disclosure Statement) on **February 23, 2022, AT 1:30 P.M. Mountain Time (MT), 2:30 P.M. Central Time (CT)**, which hearing may be adjourned or continued to a different date without further notice other than notice given in open court at such hearing. The Debtor shall file and serve a separate notice of hearing with the access instructions for the Confirmation Hearing. The Confirmation Hearing will be conducted remotely according to the information appearing below.

> **The Confirmation Hearing will take place via the link below through the Cisco WebEx Meetings application. Parties may also attend the hearing by phone at 650-479-3207 with access code 160 357 6609#.**
>
> **LINK / ADDRESS: us-courts.webex.com/meet/Mott**

### END OF ORDER ###