EXHIBIT 12 - EMAIL CHAIN BETWEEN CARRUTH AND RICE (3.30.22)



Brian Rice <brian.rice@legalist.com>

---

## RE: PDPG - second amended plan, March 29
1 message

---

**Jeff Carruth** <jcarruth@wkpz.com>  Wed, Mar 30, 2022 at 11:20 AM
To: Brian Rice <brian.rice@legalist.com>

10-4.

---

**From:** Brian Rice <brian.rice@legalist.com>
**Sent:** Wednesday, March 30, 2022 10:19 AM
**To:** Jeff Carruth <jcarruth@wkpz.com>
**Subject:** Re: PDPG - second amended plan, March 29

So long as we're getting repaid from a post-confirmation refi/sale, which I think everyone is on the same page about -- and not 120 monthly payments over 10 yrs 😅 -- then, yes, we consent.

Brian T. Rice

**LEGALIST, INC.**

Corporate Counsel &

Chief Operating Officer

850-339-8996 (Cell)

On Wed, Mar 30, 2022 at 11:16 AM Jeff Carruth <jcarruth@wkpz.com> wrote:

> Yep but got it done and everyone on board hope to have short hearing today
>
> I can tell the Court that Legalist approves of plan, correct?
>
> ---
>
> **From:** Brian Rice <brian.rice@legalist.com>
> **Sent:** Wednesday, March 30, 2022 10:14 AM
> **To:** Jeff Carruth <jcarruth@wkpz.com>
> **Subject:** Re: PDPG - second amended plan, March 29
>
> These people are goddamn exhausting, aren't they?

On Wed, Mar 30, 2022 at 11:11 AM Jeff Carruth <jcarruth@wkpz.com> wrote:

> Brian - FYI, please see attached. – J.C.