

Brian Rice <brian.rice@legalist.com>

## PDGP - sale of Lot 1A + Bubba's lease to LPC (GF 7434-GC-2022)
1 message

**Jeff Carruth** <jcarruth@wkpz.com>  Tue, Apr 12, 2022 at 5:38 PM
To: Brian Rice <brian.rice@legalist.com>, Zach Campbell <zach@legalist.com>
Cc: "Michael Dixson (mdixson@pdgnm.com)" <mdixson@pdgnm.com>, Jasmine Esnayder <jesnayder@pdgnm.com>, Jeff Carruth <jcarruth@wkpz.com>

Zach and Brian –
Attached are (1) a proposed form of partial release for the pending closing of the sale of Lot 1A in Las Cruces and (2) a FedEx label to Title.
Please execute and notarize the release and send to title pending closing.
Thank you, and please advise if you have questions.



 Jeff Carruth
W
K
P
Z
Weycer, Kaplan, Pulaski & Zuber, P.C.


Trusted Legal Advisors Since 1976
DALLAS ▪ HOUSTON ▪ AMARILLO
D. (713) 341-1158<tel:7133411158>
M. (214) 552-7242<tel:2145527242>
F. (866) 666-5322<tel:8666665342>

jcarruth@wkpz.com<mailto:jcarruth@wkpz.com>
www.wkpz.com<http://www.wkpz.com/>

This communication and any attachments to it are confidential and intended solely for the use of the person to whom they are addressed. If you have received this e-mail in error, please notify us by telephone immediately at (713) 961-9045, and you are notified that any disclosure, distribution, or the taking of any action in reliance on the contents of this information is prohibited. Nothing in this message may be construed as a digital or electronic signature of any employee of Weycer, Kaplan, Pulaski & Zuber, P.C. ("WKPZ"). WKPZ automatically blocks e-mails containing objectionable language or suspicious content. Messages sent to WKPZ should be considered received only if confirmed by a return receipt. The IRS does not allow the use of informal tax advice, such as this communication, to avoid tax penalties. WKPZ expressly reserves and maintains any attorney-client privilege or work-product protections in this communication.


**2 attachments**

 **partial release of Legalist lien - Lot 1A - CLEAN 20220412 (2124925x1071EA).PDF**
137K

 **fedEx to Title Company.pdf**
91K

# RELEASE OF LIEN GRANTED PURSUANT TO
# BANKRUPTCY COURT ORDER
# (WITH RESPECT TO LOT 1A ONLY)

STATE OF NEW MEXICO §§
DONA ANA COUNTY §

**Party Information and Defined Terms.** The following descriptions below shall also constitute defined terms which may be used throughout this instrument. Additional terms may be defined below.

| | |
|---|---|
| **Date:** | April ___, 2022 |
| **Lender:** | Legalist DIP GP, LLC, a Delaware limited liability company as general partner of Legalist DIP Fund I, LP a Delaware limited partnership and Legalist DIP SPV II, LP a Delaware limited partnership |
| **Lender's Address:** | c/o Legalist, Inc. 10120 W. Flamingo Rd., Ste. 4, No. 3015 Las Vegas, NV 89147 |
| **Debtor:** | PDG Prestige, Inc. a Texas corporation |
| **Debtor's Address:** | 154 N. Festival Dr., Suite D El Paso, TX 79912 |
| **Judicial Lien:** | The liens contained in that certain *Final Order Granting Motion of Debtor to (I) Enter into Debtor Possession Credit Agrement, (II) Grant Priming Liens Under Code Sec. 364(D), and (III) Provide Related Relief* (Docket No. 43) (the "***DIP Order***") entered on April 12, 2021 in Case No. 21-30107, *In re: PDG Prestige, Inc.*, in the United States District Court for the Western District of Texas, El Paso Division. |
| **Subject Property:** | The property that is the subject of this Release is referenced and described in **Exhibit 001**. |

For good and value consideration, the receipt and sufficiency of which are acknowledged by the Lender and the Debtor, the Lender has released and relinquished and discharges, and does by these presents release and relinquish and discharge unto Debtor, its successors, its assigns, and their successors and assigns, the above-described Judicial Lien with respect to the Subject Property, only.

It is expressly agreed and understood that this is a release of lien *only with respect to the Subject Property* and that the same shall in no way release, affect, or impair said Judicial Lien against any other property.

The Judicial Lien remains and shall remain in full force in effect with respect to all other referenced and described collateral in the Judicial Lien and/or DIP Order unless and until separately and expressly released by the Lender.

*{continued on following page}*

**LEGALIST DIP FUND I, LP AND**
**LEGALIST DIP SPV II, LP**

**BY: ITS GENERAL PARTNER**

**LEGALIST DIP GP, LLC**

B<small>Y</small>:_____

N<small>AME</small>: C<small>HRISTIAN</small> G.B. H<small>AIGH</small>
T<small>ITLE</small>: M<small>ANAGING</small> M<small>EMBER</small>

THE STATE OF _____ §
　　　　　　　　　　　　　　§
_____ COUNTY 　　　§

　　　Before me, a Notary Public in and for this state, on this April __, 2022, personally appeared _____ and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed for the uses and purposes therein set forth.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Notary Public, State of _____

*{continued on following page}*

---

**PARTIAL RELEASE OF LIEN GRANTED PURSUANT**
**TO BANKRUPTCY COURT ORDER (Lot 1A) — Page 3**　　　　　　　　　　　　2124137.DOC

**EXHIBIT 001**

# EXHIBIT "A"
# Property Description

**Closing Date: April 18, 2022**

**Buyer(s):** LPC Retail, LLC

**Property Address:** 510 South Telshor Boulevard, Las Cruces, NM 88011

PROPERTY DESCRIPTION:

Lot 1A, MESILLA VALLEY MALL SUBDIVISION REPLAT NO. 5, in the City of Las Cruces, Dona Ana County, New Mexico, as shown and designated on the plat thereof, filed in the office of the County Clerk of said County on August 19, 2020, in Book 24 Page(s) 581-582 of Plat Records.

