

Brian Rice <brian.rice@legalist.com>

## Re: PDGP - sale of Lot 1A + Bubba's lease to LPC (GF 7434-GC-2022)
1 message

**Brian Rice** <brian.rice@legalist.com>      Thu, Apr 14, 2022 at 12:00 PM
To: Jeff Carruth <jcarruth@wkpz.com>
Cc: Zach Campbell <zach@legalist.com>, "Michael Dixson (mdixson@pdgnm.com)" <mdixson@pdgnm.com>, Jasmine Esnayder <jesnayder@pdgnm.com>

> Sent this AM.
>
> Brian T. Rice
> LEGALIST, INC.
> Corporate Counsel &
> Chief Operating Officer
> 850-339-8996 (Cell)
>
>
> On Wed, Apr 13, 2022, 3:52 PM Jeff Carruth <jcarruth@wkpz.com> wrote:
>
>> Mike and other Legalist folks have been working on use of proceeds, separately from me.
>>
>> The basic concept, though, is to use net proceeds to pay claims (including yours truly) and use the remaining net (around $1.8M) to complete development.
>>
>> There is take out of Legalist waiting in the wings for this to close, and Mike has sent those terms.
>>
>>
>> **From:** Brian Rice <brian.rice@legalist.com>
>> **Sent:** Wednesday, April 13, 2022 2:29 PM
>> **To:** Jeff Carruth <jcarruth@wkpz.com>
>> **Cc:** Zach Campbell <zach@legalist.com>; Michael Dixson (mdixson@pdgnm.com) <mdixson@pdgnm.com>; Jasmine Esnayder <jesnayder@pdgnm.com>
>> **Subject:** Re: PDGP - sale of Lot 1A + Bubba's lease to LPC (GF 7434-GC-2022)
>>
>>
>> Cool. I can go to the notary tmrw AM and FedEx it then. (We still don't have a notary in town, but I will travel to the big city of Marion, MA for you guys.)
>>
>>
>> Can we expect the $2.345M paydown or is there a holdback for other claimants, etc.?
>>
>>
>> On Wed, Apr 13, 2022 at 3:01 PM Jeff Carruth <jcarruth@wkpz.com> wrote:
>>
>>> Here is the executed PSA. There are a couple of amendments to extend dates.- J.C.
>>>
>>>
>>> **From:** Brian Rice <brian.rice@legalist.com>
>>> **Sent:** Wednesday, April 13, 2022 12:43 PM
>>> **To:** Jeff Carruth <jcarruth@wkpz.com>
>>> **Cc:** Zach Campbell <zach@legalist.com>; Michael Dixson (mdixson@pdgnm.com) <mdixson@pdgnm.com>;

Jasmine Esnayder <jesnayder@pdgnm.com>
**Subject:** Re: PDGP - sale of Lot 1A + Bubba's lease to LPC (GF 7434-GC-2022)

Sounds good. Can I see the P&S for 1A?

On Wed, Apr 13, 2022 at 10:53 AM Jeff Carruth <jcarruth@wkpz.com> wrote:

> Trying to close as soon as this Friday. – J.C.
>
> **From:** Brian Rice <brian.rice@legalist.com>
> **Sent:** Tuesday, April 12, 2022 9:17 PM
> **To:** Jeff Carruth <jcarruth@wkpz.com>
> **Cc:** Zach Campbell <zach@legalist.com>; Michael Dixson (mdixson@pdgnm.com) <mdixson@pdgnm.com>; Jasmine Esnayder <jesnayder@pdgnm.com>
> **Subject:** Re: PDGP - sale of Lot 1A + Bubba's lease to LPC (GF 7434-GC-2022)
>
> When is the closing?
>
> Brian T. Rice
> LEGALIST, INC.
> Corporate Counsel &
> Chief Operating Officer
> 850-339-8996 (Cell)
>
> On Tue, Apr 12, 2022, 5:38 PM Jeff Carruth <jcarruth@wkpz.com> wrote:
>
>> Zach and Brian –
>> Attached are (1) a proposed form of partial release for the pending closing of the sale of Lot 1A in Las Cruces and (2) a FedEx label to Title.
>> Please execute and notarize the release and send to title pending closing.
>> Thank you, and please advise if you have questions.
>>
>>  Jeff Carruth
>> W
>> K
>> P
>> Z
>> Weycer, Kaplan, Pulaski & Zuber, P.C.
>>
>> Trusted Legal Advisors Since 1976
>> DALLAS ▪ HOUSTON ▪ AMARILLO
>> D. (713) 341-1158<tel:7133411158>
>> M. (214) 552-7242<tel:2145527242>
>> F. (866) 666-5322<tel:8666665342>
>>
>> jcarruth@wkpz.com<mailto:jcarruth@wkpz.com>

www.wkpz.com<http://www.wkpz.com/>

This communication and any attachments to it are confidential and intended solely for the use of the person to whom they are addressed. If you have received this e-mail in error, please notify us by telephone immediately at (713) 961-9045, and you are notified that any disclosure, distribution, or the taking of any action in reliance on the contents of this information is prohibited. Nothing in this message may be construed as a digital or electronic signature of any employee of Weycer, Kaplan, Pulaski & Zuber, P.C. ("WKPZ"). WKPZ automatically blocks e-mails containing objectionable language or suspicious content. Messages sent to WKPZ should be considered received only if confirmed by a return receipt. The IRS does not allow the use of informal tax advice, such as this communication, to avoid tax penalties. WKPZ expressly reserves and maintains any attorney-client privilege or work-product protections in this communication.