

2211613    APR 21, 2022 02:59:58 PM    PAGES: 2
SPECIAL WARRANTY DEED    Deputy: Tonya Wall
Amanda López Askin, County Clerk, Dona Ana, NM



swat 7434-GC-2022

## SPECIAL WARRANTY DEED

STATE OF NEW MEXICO    )
                                         )    KNOW ALL MEN BY THESE PRESENTS:
COUNTY OF DONA ANA      )

PDG PRESTIGE, INC A TEXAS CORPORATION (collectively, "Grantor") for Ten Dollars ($10.00) and other good and valuable consideration to him in hand paid by MESILLA VALLEY VENTURES, LLC. A TEXAS LIMITED LIABILITY COMPANY Grantee") Whose address is 154 N. Festival Suite D El Paso, TX 79912, the receipt and sufficiency of which Is hereby acknowledged, has GRANTED, SOLD, and CONVEYED and by these presents does Hereby GRANT, SELL, and CONVEY unto the said Grantee, all that parcel of land situated In Dona Ana County, New Mexico, described as followed:

**PARCEL 1**: Lot 1A, MESILLA VALLEY MALL SUBDIVISION REPLAT NO. 5, in the City of Las Cruces, Dona Ana County, New Mexico, as shown and designated on the plat thereof, filed in the office of the County Clerk of said County on August 19, 2020, in Book 24 Page(s) 581-582 of Plat Records.

TO HAVE AND TO HOLD the above described premises together with all and singular the rights and appurtenances thereto in anywise belonging unto the said Grantee, its successors and assigned forever, and Grantor does hereby bind himself, his heirs, executors, administrators, successors and assigns to warrant and forever defend, all and singular, Grantor's interest in the premises unto the said Grantee, its successors and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, by, through, or under Grantor, but not otherwise.

IN WITNESS WHEREOF, this Special Warranty Deed is executed the 20th day of April, 2021

PDG PRESTIGE, INC., A TEXAS CORPORATION

By: _____
            Michael Dixson, President

## ACKNOWLEDGEMENT

STATE OF NEW MEXICO
COUNTY OF DOÑA ANA

This instrument was acknowledged before me on 20th day of April, 2022, by Michael Dixson as President of PDG Prestige, Inc, A Texas Corporation.

_____
Signature of notarial officer
My commission expires: 12.10.23

OFFICIAL SEAL
GRICEL R. CHAVEZ
NOTARY PUBLIC - STATE OF NEW MEXICO
My commission expires: 12.10.23