

Brian Rice <brian.rice@legalist.com>

---

## Re: PDGP - sale of Lot 1A + Bubba's lease to LPC (GF 7434-GC-2022)
1 message

---

**Brian Rice** <brian.rice@legalist.com>   Wed, Apr 13, 2022 at 1:43 PM
To: Jeff Carruth <jcarruth@wkpz.com>
Cc: Zach Campbell <zach@legalist.com>, "Michael Dixson (mdixson@pdgnm.com)" <mdixson@pdgnm.com>, Jasmine Esnayder <jesnayder@pdgnm.com>

> Sounds good. Can I see the P&S for 1A?
>
> On Wed, Apr 13, 2022 at 10:53 AM Jeff Carruth <jcarruth@wkpz.com> wrote:
>
>> Trying to close as soon as this Friday. – J.C.
>>
>> ---
>>
>> **From:** Brian Rice <brian.rice@legalist.com>
>> **Sent:** Tuesday, April 12, 2022 9:17 PM
>> **To:** Jeff Carruth <jcarruth@wkpz.com>
>> **Cc:** Zach Campbell <zach@legalist.com>; Michael Dixson (mdixson@pdgnm.com) <mdixson@pdgnm.com>; Jasmine Esnayder <jesnayder@pdgnm.com>
>> **Subject:** Re: PDGP - sale of Lot 1A + Bubba's lease to LPC (GF 7434-GC-2022)
>>
>>
>> When is the closing?
>>
>>
>> Brian T. Rice
>> LEGALIST, INC.
>> Corporate Counsel &
>> Chief Operating Officer
>> 850-339-8996 (Cell)
>>
>>
>> On Tue, Apr 12, 2022, 5:38 PM Jeff Carruth <jcarruth@wkpz.com> wrote:
>>
>>> Zach and Brian –
>>> Attached are (1) a proposed form of partial release for the pending closing of the sale of Lot 1A in Las Cruces and (2) a FedEx label to Title.
>>> Please execute and notarize the release and send to title pending closing.
>>> Thank you, and please advise if you have questions.
>>>
>>>
>>> Jeff Carruth
>>> W
>>> K
>>> P
>>> Z
>>> Weycer, Kaplan, Pulaski & Zuber, P.C.

Trusted Legal Advisors Since 1976
DALLAS ▪ HOUSTON ▪ AMARILLO
D. (713) 341-1158<tel:7133411158>
M. (214) 552-7242<tel:2145527242>
F. (866) 666-5322<tel:8666665342>

jcarruth@wkpz.com<mailto:jcarruth@wkpz.com>
www.wkpz.com<http://www.wkpz.com/>

This communication and any attachments to it are confidential and intended solely for the use of the person to whom they are addressed. If you have received this e-mail in error, please notify us by telephone immediately at (713) 961-9045, and you are notified that any disclosure, distribution, or the taking of any action in reliance on the contents of this information is prohibited. Nothing in this message may be construed as a digital or electronic signature of any employee of Weycer, Kaplan, Pulaski & Zuber, P.C. ("WKPZ"). WKPZ automatically blocks e-mails containing objectionable language or suspicious content. Messages sent to WKPZ should be considered received only if confirmed by a return receipt. The IRS does not allow the use of informal tax advice, such as this communication, to avoid tax penalties. WKPZ expressly reserves and maintains any attorney-client privilege or work-product protections in this communication.