EXHIBIT C

**Southwestern Abstract & Title Co.**
1125 South Main Street
Las Cruces, NM 88005
(575) 523-8561

**EXHIBIT 20** - SELLER'S STATEMENT, LOT 1A (5.26.22)

ALTA Seller's Settlement Statement

| | | | |
|---|---|---|---|
| File #: | 7434-GC-2022 | Property | 510 South Telshor Boulevard |
| Prepared: | 05/26/2022 | | Las Cruces, NM 88011 |
| Escrow Officer: | Gricel R. Chavez | | MESILLA VALLEY MALL REPLAT NO 5 (BK 24 PG 581-582 - 2020257) Lot: 1A |
| | | | S: 16 T: 23S R: 2E |
| | | Buyer | FSLRO 510 South Telshor Las Cruces, LLC |
| | | | 2000 McKinney Avenue |
| | | | Suite 1000 |
| | | | Dallas, TX 75201 |
| | | Seller | Mesilla Valley Ventures, LLC |
| | | | 154 North Festival Drive |
| | | | Building D |
| | | | El Paso, TX 79912 |
| | | Lender | |

Settlement Date 05/26/2022
Disbursement Date 05/26/2022

| Description | Seller Debit | Seller Credit |
|---|---|---|
| **Primary Charges & Credits** | | |
| Sales Price of Property | | $2,545,000.00 |
| Rent Holdback | $35,000.00 | |
| Escrow Holdback | $200,000.00 | |
| 2021 Property Taxes 1905155 | $1,535.02 | |
| **Prorations/Adjustments** | | |
| County Taxes 01/01/2022 to 08/08/2022 | $1,851.16 | |
| Credit water line installation | $23,977.54 | |
| **Loan Charges** | | |
| Escrow holdback fee to Southwestern Abstract & Title Co. | $100.00 | |
| **Government Recording and Transfer Charges** | | |
| Recording Fees to Southwestern Abstract & Title Co. | $300.00 | |
| **Commissions** | | |
| Listing Agent Commission to CP Partners Commercial Real Estate | $101,800.00 | |
| **Title Charges** | | |
| Title - Settlement Fee to Southwestern Abstract & Title Co. | $541.56 | |
| Title - Owner's NM-6 Endorsement to Southwestern Abstract & Title Co. | $100.00 | |
| Title - Owner's Title Policy to Southwestern Abstract & Title Co. | $8,506.00 | |
| **Miscellaneous Charges** | | |
| Legal Fees to Ferguson Braswell Fraser Kubasta PC | $50,000.00 | |
| Legal Fees to Weycer, Kaplan, Pulaski & Zuber, P.C. | $75,000.00 | |
| Payoff Claim of Lien to New Mexico Real Estate Advisors, Inc. | $47,572.88 | |
| Payoff Claim of Lien to R2 Contractors Specialty, Inc. | $4,825.32 | |
| Payoff Claim of Lien to Utility Block Company, Inc. | $70,981.70 | |
| Survey Invoice (s) to Partner Engineering and Science, Inc. | $6,350.00 | |

EXHIBIT 9

|  | Debit | Credit |
|---|---|---|
|  |  | 7434-GC-2022 |
| Subtotals | $628,441.18 | $2,545,000.00 |
| Due to Seller | $1,916,558.82 |  |
| Totals | $2,545,000.00 | $2,545,000.00 |

See signature addendum

PRODUCTION WKPZ 010 - 2