**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

April 30, 2022 through May 31, 2022
Account Number: ▮▮▮▮▮▮▮▮▮▮

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00008911 DRE 201 210 15422 NNNNNNNNNNN 1 000000000 D2 0000

PDG PRESTIGE, INC
154 N FESTIVAL DR STE D
EL PASO TX 79912-6265



## On June 12, 2022, fees for non-Chase ATM transactions are changing

We're making the following fee changes and, depending on the type of account you have with us, you may be affected:

- **Non-Chase ATM transactions fee* (Domestic Withdrawal, Domestic & International Balance Inquiry, Domestic & International Balance Transfers)**: This fee will increase from $2.50 to $3.00, but you can still avoid it by using Chase ATMs. The International Withdrawal Fee for ATMs outside the U.S., Puerto Rico and the U.S. Virgin Islands remains $5.00 per withdrawal. We'll continue to waive these fees for customers receiving Chase Military Banking benefits on their Chase Business Complete Checking℠ accounts.

Please note: We'll continue to waive these fees for Chase Performance Business Checking® and Chase Platinum Business Checking℠ accounts.

For more information about banking fees, please read the Additional Banking Services and Fees for Business Accounts Deposit Account Agreement, which you can find at **chase.com/business-deposit-disclosures**, or visit a branch.

If you have any questions, please call the number on this statement. We accept operator relay calls.

*Fees from the ATM owner/networks may still apply.*

### CHECKING SUMMARY   Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | $1,698.19 |
| Deposits and Additions | 4 | 1,967,858.82 |
| Checks Paid | 1 | -22,500.00 |
| ATM & Debit Card Withdrawals | 19 | -5,144.26 |
| Electronic Withdrawals | 10 | -554,974.40 |
| **Ending Balance** | 34 | **$1,386,938.35** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.



April 30, 2022 through May 31, 2022
Account Number:

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/03 | Online Transfer From Chk ...6935 Transaction#: 14255414332 | $4,000.00 |
| 05/09 | Online Transfer From Chk ...6935 Transaction#: 14295429760 | 300.00 |
| 05/17 | Deposit    1167494771 | 47,000.00 |
| 05/31 | Fedwire Credit Via: Citizens Bank of Las Cruces/112201289 B/O: New Mexico Mortgage Finance Authorilas Cruces NM 88005-0000 Ref: Chase Nyc/Ctr/Bnf=Pdg Prestige, Inc El Paso TX 79912-6265 US/Ac-000000 003963 Rfb=O/B Citz Las Cru Obi=Pro Ceeds of Sale 510 South Telshor Blv D. Bubba's Southwestern Abst. 57 5- Imad: 0531Qmgft005001876 Trn: 0968290151Ff | 1,916,558.82 |
| **Total Deposits and Additions** | | **$1,967,858.82** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 9191  ^ | | 05/31 | $22,500.00 |
| **Total Checks Paid** | | | **$22,500.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.
^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 05/02 | Card Purchase | 04/29 Hilton Hotel Austin 512-4828000 TX Card 0583 | $582.96 |
| 05/02 | Card Purchase | 04/29 Hilton Hotel Austin 512-4828000 TX Card 0583 | 466.84 |
| 05/02 | Card Purchase | 04/29 Austin Airport-F&B Austin TX Card 0583 | 52.22 |
| 05/02 | Card Purchase | 04/29 Pelican's Restaurant El Paso TX Card 0583 | 319.74 |
| 05/02 | Card Purchase | 05/01 Subway 18133 El Paso TX Card 0583 | 7.99 |
| 05/02 | Card Purchase With Pin | 04/30 Empire 8168 El Paso TX Card 0583 | 7.09 |
| 05/02 | Card Purchase | 04/30 USA*Csc Servicework El Paso TX Card 0583 | 2.00 |
| 05/02 | Card Purchase | 04/30 El Paso Snax CO Vend El Paso TX Card 0583 | 2.10 |
| 05/03 | Card Purchase | 05/01 O Hairs El Paso TX Card 0583 | 32.50 |
| 05/05 | Card Purchase | 05/04 Hotel Paso Del Norte El Paso TX Card 0583 | 10.83 |
| 05/20 | Card Purchase | 05/19 Sq *Tacom Printing, LLC Las Cuces NM Card 0583 | 372.32 |
| 05/23 | Card Purchase | 05/21 Kohl's #1193 Las Cruces NM Card 0583 | 126.69 |
| 05/23 | Card Purchase | 05/22 Palms Casino Dining 702-9427777 NV Card 0583 | 2,229.65 |
| 05/24 | Card Purchase | 05/24 Hertz Toll 526824130 877-411-4300 TX Card 0583 | 9.41 |
| 05/25 | Card Purchase | 05/23 Southwes     526212172 800-435-9792 TX Card 0583 | 100.00 |
| 05/25 | Card Purchase | 05/24 Palms Casino Dining 702-9427777 NV Card 0583 | 51.46 |
| 05/26 | Card Purchase | 05/26 Traveluro Hotels Rsr Httpswww.Trav CT Card 0583 | 341.00 |
| 05/27 | Card Purchase | 05/25 Palms Place Residentia Las Vegas NV Card 0583 | 367.66 |
| 05/31 | Card Purchase | 05/27 Cattle Baron-El Paso-07 El Paso TX Card 0583 | 61.80 |
| **Total ATM & Debit Card Withdrawals** | | | **$5,144.26** |

## ATM & DEBIT CARD SUMMARY

Michael Joseph Dixson  Card 0583

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $5,144.26 |
| Total Card Deposits & Credits | $0.00 |

Page 2 of 4



April 30, 2022 through May 31, 2022
Account Number:

| ATM & Debit Card Totals | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $5,144.26 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/03 | Orig CO Name:Wf Home Mtg     Orig ID:1562287461 Desc Date:043022 CO Entry Descr:Auto Pay  Sec:Web   Trace#:091000019481919 Eed:220503  Ind ID:0515706083 Ind Name:Michael J Dixson | $3,778.46 |
| 05/09 | Orig CO Name:Koshsolutions     Orig ID:3383693141 Desc Date:220506 CO Entry Descr:Webpaymentsec:Web   Trace#:091000014604522 Eed:220509  Ind ID: Ind Name:Prestige Development G | 684.40 |
| 05/19 | Orig CO Name:Texas Sdu     Orig ID:1581115569 Desc Date:220519 CO Entry Descr:Childsupp Sec:Web   Trace#:111000024170581 Eed:220519  Ind ID:221380002567308 Ind Name:Dixson,Michael Trn: 1394170581Tc | 9,999.00 |
| 05/20 | Zelle Payment To Sergio Murillo 14390540224 | 750.00 |
| 05/20 | 05/20 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Michael Dixson El Paso TX 79912 US Ref:/Time/16:31 Imad: 0520B1Qgc08C029820 Trn: 3499362140Es | 5,000.00 |
| 05/23 | Zelle Payment To Ashley Jpm999C56898 | 2,000.00 |
| 05/25 | Orig CO Name:Irs     Orig ID:3387702000 Desc Date:052522 CO Entry Descr:Usataxpymtsec:CCD   Trace#:061036017739878 Eed:220525  Ind ID:270254515543299     Ind Name:Pdg Prestige Inc Trn: 1457739878Tc | 3,070.54 |
| 05/27 | 05/27 Payment To Chase Card Ending IN 9809 | 442.00 |
| 05/31 | 05/31 Online Transfer To Chk ...5586 Transaction#: 14465823454 | 29,250.00 |
| 05/31 | 05/31 Online Domestic Wire Transfer Via: Bancorpsouth Bank/084201278 A/C: Doma Insurance Agency of Texas Inc Austin TX 78731 US Ref: Gf No: 14664-22-06369 The Dixson Family Trust 6 Candleleaf CT/Bnf/6 CA Ndleleaf CT The Hills TX. Imad: 0531B1Qgc08C044783 Trn: 3757782151Es | 500,000.00 |
| **Total Electronic Withdrawals** | | **$554,974.40** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 05/02 | $257.25 | 05/19 | 37,052.06 | 05/25 | 23,341.99 |
| 05/03 | 446.29 | 05/20 | 30,929.74 | 05/26 | 23,000.99 |
| 05/05 | 435.46 | 05/23 | 26,573.40 | 05/27 | 22,191.33 |
| 05/09 | 51.06 | 05/24 | 26,563.99 | 05/31 | 1,386,938.35 |
| 05/17 | 47,051.06 | | | | |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

As an added benefit of your Chase Private Client Checking account, you can avoid a monthly service fee on your Chase Platinum Business Checking account in the future by maintaining an average ledger balance of $50,000.00 or more in business deposits and investments.

See your Account Rules and Regulations or stop in to see a banker today to find out more.



Page 3 of 4



April 30, 2022 through May 31, 2022
Account Number:

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Page 4 of 4