**EXHIBIT 22** - ORDER CONVERTING CASE (DKT. 271)

**The relief described hereinbelow is SO ORDERED.**

**Signed July 13, 2023.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| PDG PRESTIGE, INC. | § | CASE NO. 21-30107-hcm |
|     Debtor. | § | (Chapter 11) |

## ORDER CONVERTING CASE TO CHAPTER 7

On July 13, 2023, the Court conducted a hearing on the Motion to Convert Case to Chapter 7 ("Motion") (dkt# 264) filed by the reorganized debtor PDG Prestige, Inc. ("Debtor"). A Response to the Motion (dkt# 268) was filed by Legalist DIP GP, LLC ("Legalist"). Appearing at the hearing were counsel for the Debtor, counsel for Legalist, and counsel for the U.S. Trustee.

The Court has considered the Motion, the Response, the record in this bankruptcy case, the evidence, and the statements and arguments of counsel. For the reasons set forth by the Court in its oral ruling on the record on July 13, 2023, the Court finds that "cause" exists under 11 U.S.C. §1112(b) and that conversion (rather than dismissal) of this Chapter 11 case to a Chapter 7 case is in the best interests of creditors.

1

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AND NOTICE IS HEREBY GIVEN AS FOLLOWS:**

1. This Chapter 11 case of the Debtor is hereby converted to a case under Chapter 7.

2. Within 14 days after entry of this Order, the Debtor shall file amended schedules indicating any change to the creditors list, schedules, and statement of financial affairs as may be applicable, or amend such items to reflect any changes, including but not limited to the inclusion of any property acquired or disposed of since the entry of the order for relief under Chapter 11, in accordance with Local Bankruptcy Rule 1019. If no amendments are necessary, the Debtor shall file a certificate to that effect within such 14-day period.

3. Within 14 days after entry of this Order, the Debtor shall file a schedule of unpaid debts incurred after the filing of the Chapter 11 petition, in accordance with Rule 1019(5)(A) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules").

4. Within 30 days after entry of this Order, the Debtor shall file and transmit to the U.S. Trustee a final report and account ("Final Report"), in accordance with Bankruptcy Rule 1019(5).

5. Within 30 days after entry of this Order, the Debtor shall file a schedule of property and unpaid debts not listed in the Final Report and a schedule of any executory contracts and unexpired leases as required by Bankruptcy Rule 1019(5)(C).

###