IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PDG PRESTIGE, INC., | § | Case No. 21-30107 |
| | § | |
| Debtor. | § | |
| | § | |

**MOTION TO CONVERT CASE TO CHAPTER 7**

**TO THE HONORABLE H. CHRISTOPHER MOTT, U.S. BANKRUPTCY JUDGE:**

> **THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**
>
> **IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY ONE (21) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**
>
> **A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

PDG Prestige Inc., debtor and reorganized debtor herein ("Debtor"), files this *Motion to Convert Case to Chapter 7* and in support thereof would show to the Court the following.

1. On February 15, 2021, Debtor filed this case by filing a voluntary petition under Chapter 11.

2. On March 31 2022, the Court entered the *Order Confirming Second Amended Plan of Reorganization PDG Prestige, Inc. Dated March 29, 2022 as Modified (Re: Docket No. 145)*(Docket No. 148) confirming the *Second Amended Plan of Reorganization of PDG Prestige, Inc. Dated March 29, 2022, as Modified* (Docket No. 145) of the Debtor (collectively, the "Confirmed Plan").

3. Since March 31, 2022, Debtor has not completed performance of the Confirmed Plan.

4. Since October-November, 2022, Legalist

   a. directly and/or indirectly has controlled the sale process of Lot 3A, including the timing of any sale; and

   b. has rejected one or more sale offers for the remaining Lot 3A, which offers were procured by the Debtor at the request of Legalist and presented by the Debtor to

Legalist, and which offers separately came from third parties and from Mr. Dixson, and ranged at various times from $1.4 million to $2.0 million.

5. The parties have possessed a CBRE appraisal of Lot 3A from November or December, 2022, indicating the value of the land.

6. Legalist responded to the sale offers that it required time to study the valuation of the remaining Lot 3A, and yet after eight to nine months have passed for such valuation study without any movement from Legalist.

7. Consequently, Debtor requests that the Court convert this case to Chapter 7 of the Bankruptcy Code.

8. Debtor reserves the right to amend, supplement, and/or withdraw this Motion prior to any hearing.

WEREFORE, PDG Prestige Inc., debtor and reorganized debtor here, respectfully request that the Court convert this case to a case under Chapter 7 of the Bankruptcy Code. Movant respectfully requests such other and further relief to which Movant is entitled at law or in equity.

Dated: June 23, 2023

Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: /s/ Jeff Carruth
JEFF CARRUTH (TX SBN:. 24001846)
3030 Matlock Rd., Suite 201
Arlington, Texas 76105
Telephone: (713) 341-1158
E-mail: jcarruth@wkpz.com

ATTORNEYS FOR
PDG PRESTIGE, INC.
REORGANIZED DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on June 23, 2023 by electronic notice, only, to counsel for Legalist and all ECF users who have appeared in this case to date and by regular mail to any party not appearing on the ECF list.

/s/ Jeff Carruth
JEFF CARRUTH

**21-30107-hcm Notice will be electronically mailed to: (DUPLICATES DELETED)**

James W. Brewer on behalf of Creditor New Mexico Real Estate Advisors, Inc. d/b/a Colliers International
jbrewer@kempsmith.com, tschoemer@kempsmith.com

Jeff Carruth on behalf of Debtor PDG Prestige, Inc.
jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

Harrel L. Davis, III on behalf of Creditor Suresh Kumar
hdavis@eplawyers.com, vrust@eplawyers.com;vpena@eplawyers.com

James Michael Feuille on behalf of Creditor Dennis Crimmins
jfeu@scotthulse.com, tmar@scotthulse.com

David P. Lutz on behalf of Debtor PDG Prestige, Inc.
dplutz@qwestoffice.net

David P. Lutz on behalf of Defendant PDG Prestige, Inc.
dplutz@qwestoffice.net

Michael R. Nevarez on behalf of Interested Party Westar Investors Group, LLC
MNevarez@LawOfficesMRN.com, MRN4Bankruptcy@gmail.com

Brad W. Odell on behalf of Creditor City bank
bodell@mhba.com, memert@mhba.com;mreynolds@mhba.com;bwodellscvtxw@ecf.axosfs.com

Clyde A. Pine, Jr. on behalf of Creditor HD Lending, LLC
pine@mgmsg.com, clyde.pine@gmail.com

James W Rose, Jr on behalf of U.S. Trustee United States Trustee - EP12
james.rose@usdoj.gov,
brian.r.henault@usdoj.gov;carey.a.tompkins@usdoj.gov;Roxana.peterson@usdoj.gov;aubrey.thomas@usdoj.gov

Donald P. Stecker on behalf of Creditor City Of El Paso
don.stecker@lgbs.com

Casey Scott Stevenson on behalf of Plaintiff Dennis Crimmins
cste@scotthulse.com, svar@scotthulse.com

United States Trustee - EP12
USTPRegion07.SN.ECF@usdoj.gov

PDG PRESTIGE, INC. -- MODIFIED SERVICE LIST  Updated June 23, 2023

| Address1 | Address2 | Address3 | Address4 | Address5 | METHOD OF SERVICE |
|---|---|---|---|---|---|
| City Bank | c/o Brad W. Odell | Mullin Hoard and Brown, LLP | P.O. Box 2585 | Lubbock, Texas 79408-2585 | Omit / ECF |
| City Bay Capital LLC | Benjamin Joelson, Esq. | Akerman LLP | 1251 Avenue of the Americas, 37th F | New York, NY 10020-1104 | ECF + Regular Mail |
| City of El Paso | c/o Don Stecker, Linebarger Goggan | 112 E. Pecan St. Suite 2200 | San Antonio, TX 78205-1588 | | ECF + Regular Mail |
| Comptroller of Public Accounts | C/O Office of the Attorney General | Bankruptcy - Collections Division MC | PO Box 12548 | Austin TX  78711-2548 | ECF + Regular Mail |
| DENNIS CRIMMINS | c/o CASEY S STEVENSON & JAMES M | SCOTTHULSE PC | PO BOX 99123 | EL PASO TX 79999-9123 | Omit / ECF |
| Dennis Crimmins | c/o Casey S. Stevenson | Scott Hulse | 201 East Main Drive #1100 | El Paso, TX 79901-1340 | Omit / ECF |
| Dona Ana County Treasurer | 845 N Motel Blvd. | Las Cruces, TX 88007-8100 | | | Regular Mail |
| Gallardo | 2701 W Picacho Ave, Ste 6 | Las Cruces, NM 88007-4732 | | | Regular Mail |
| HD Lending, LLC | c/o Clyde A. Pine, Jr. | Mounce, Green, Myers | P.O. Box 1977 | El Paso, Texas 79999-1977 | Omit / ECF |
| Internal Revenue Service | Special Procedures Staff - Insolvency | P. O. Box 7346 | Philadelphia, PA 19101-7346 | | Omit / ECF |
| Michael Dixson | | | | | Omit / ECF |
| New Mexico Real Estate Advisors, In | d/b/a Colliers International | c/o Kemp Smith LLP | Attn: James W. Brewer | 221 N. Kansas, Ste. 1700 | Omit / ECF |
| PDG Inc. | 780 N. Resler Drive Suite B | El Paso, TX 79912-7196 | | | Omit / ECF |
| Springer Management | c/o Tom Springer | 500 S. Telshor Blvd. | Las Cruces, TX 88011-4613 | | Omit / ECF |
| Suresh Kumar | c/o Harrel Davis | 4695 North Mesa | El Paso, TX 79912-6150 | | Omit / ECF |
| TEXAS WORKFORCE COMMISSION | OFFICE OF ATTORNEY GENERAL-Bank | PO BOX 12548 - MC-008 | AUSTIN, TX 78711-2548 | | Regular Mail |
| United States Trustee - EP12 | U.S. Trustee's Office | 615 E. Houston, Suite 533 | P.O. Box 1539 | San Antonio, TX 78295-1539 | Omit / ECF |
| Westar Investors Group LLC | c/o Harrel Davis | 4695 North Mesa | El Paso, TX 79912-6150 | | Omit / ECF |
| Jeff Carruth | Weycer Kaplan Pulaski & Zuber, P.C. | 24 Greenway Plaza, #2050 | Houston, TX 77046-2445 | | Omit / ECF |
| Jeff Carruth | Weycer, Kaplan, Pulaski & Zuber, P.C | 3030 Matlock Rd. Suite 201 | Arlington, TX 76015-2936 | | Omit / ECF |
| Legalist DIP GP, LLC | c/o Russell W. Mills | Bell Nunnally & Martin LLP | 2323 Ross Avenue, Suite 1900 | Dallas, TX 75201 | Omit/ECF |
| file ## 2351680 | | | | | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PDG PRESTIGE, INC., | § | Case No. 21-30107 |
| | § | |
| Debtor. | § | |
| | § | |

**ORDER GRANTING MOTION TO CONVERT CASE TO CHAPTER 7**
**(RE: DOCKET NO. 264)**

On this day came on for consideration the Moton to Covert Case to Chapter 7 filed herein on June 23, 2023 by PDG Prestige Inc. debtor and reorganized debtor herein. Upon review of the record before the Court, the Court finds and concludes that the following Order should be entered.

IT IS THEREFORE ORDERED THAT:

1. This case is converted to a case under Chapter 7 of the Bankruptcy Code effective upon entry of this order.

### END OF ORDERs

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PDG PRESTIGE, INC., | § | Case No. 21-30107 |
| | § | |
| Debtor. | § | |
| | § | |

**ORDER GRANTING MOTION TO CONVERT CASE TO CHAPTER 7**
**(RE: DOCKET NO. 264)**

On this day came on for consideration the Moton to Covert Case to Chapter 7 filed herein on June 23, 2023 by PDG Prestige Inc. debtor and reorganized debtor herein. Upon review of the record before the Court, the Court finds and concludes that the following Order should be entered.

IT IS THEREFORE ORDERED THAT:

1. This case is converted to a case under Chapter 7 of the Bankruptcy Code effective upon entry of this order.

### END OF ORDERs