UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PDG PRESTIGE, INC., | § | Case No. 21-30107 |
| | § | |
| Debtor. | § | |
| | § | |

**MOTION OF WEYCER, KAPLAN, PULASKI & ZUBER, P.C. TO WITHDRAW AS COUNSEL FOR DEBTOR**

> **THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**
>
> **IF NO TIMELY RESPONSE IS FILED WITHIN <u>TWENTY ONE (21) DAYS</u> FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**
>
> **A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

**TO THE HONORABLE H. CHRISTOPHER MOTT, U.S. BANKRUPTCY JUDGE:**

Weycer, Kaplan, Pulaski & Zuber, P.C. (and Jeff Carruth, lead counsel) (collectively, "WKPZ"), counsel to PDG Prestige Inc., the Debtor ("PDGP" or the "Debtor"), files this *Motion of Weycer, Kaplan, Pulaski & Zuber, P.C. to Withdraw as Counsel for Debtor* and in support thereof would show the Court the following.

1.      On July 13, 2023, this case was converted to Chapter 7. *See Order Converting Case to Chapter 7* (Docket No. 271).

2.      WKPZ and Jeff Carruth wish to withdraw from this case in light of the conversion of this case to Chapter 7.

3.      A proposed form of order accompanies this Motion.

WHEREFORE, Weycer, Kaplan, Pulaski & Zuber, P.C., (and Jeff Carruth, lead counsel) respectfully requests that the Court enter an order withdrawing WKPZ and Jeff Carruth from the

representation of PDG Prestige Inc..  Movant respectfully requests such other and further relief to which movant is entitled at law or in equity.

Dated:  July 17, 2023          Respectfully submitted:

         WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
         By:____*/s/ Jeff Carruth*_____
           JEFF CARRUTH (TX SBN:. 24001846)
           2608 Hibernia, Suite 105
           Dallas, TX 75204-2514
           Telephone: (713) 341-1158
           Fax: (713) 961-5341
           E-mail:  jcarruth@wkpz.com

         PROPOSED FORMER ATTORNEYS FOR
         PDG PRESTIGE INC.
         DEBTOR

## <u>CERTIFICATE OF SERVICE</u>

     The undersigned hereby certifies that a true and correct copy of the foregoing was served on July 17, 2023 (1) by electronic notice to all ECF users who have appeared in this case to date, as set forth below and (2) by regular mail to all parties appearing in the attached address list (i.e. mailing matrix).

         _____*/s/ Jeff Carruth*_____
         JEFF CARRUTH

# ECF SERVICE LIST

## 21-30107-hcm Notice will be electronically mailed to:

Steven B. Bass on behalf of Creditor United States of America
Internal Revenue Service
Steven.Bass@usdoj.gov, tina.travieso@usdoj.gov

James W. Brewer on behalf of Creditor New Mexico Real Estate
Advisors, Inc. d/b/a Colliers International
jbrewer@kempsmith.com, tschoemer@kempsmith.com

Jeff Carruth on behalf of Debtor PDG Prestige, Inc.
jcarruth@wkpz.com,
jcarruth@aol.com;ATTY_CARRUTH@bluestylus.com

Harrel L. Davis, III on behalf of Creditor Suresh Kumar
hdavis@eplawyers.com,
vrust@eplawyers.com;vpena@eplawyers.com

Harrel L. Davis, III on behalf of Interested Party Westar Investors
Group, LLC
hdavis@eplawyers.com,
vrust@eplawyers.com;vpena@eplawyers.com

Harrel L. Davis, III on behalf of Interested Party Saleem Makani
hdavis@eplawyers.com,
vrust@eplawyers.com;vpena@eplawyers.com

Harrel L. Davis, III on behalf of Interested Party Suhail Bawa
hdavis@eplawyers.com,
vrust@eplawyers.com;vpena@eplawyers.com

James Michael Feuille on behalf of Creditor Dennis Crimmins
jfeu@scotthulse.com, tmar@scotthulse.com;jcor@scotthulse.com

James Michael Feuille on behalf of Defendant Dennis Crimmins
jfeu@scotthulse.com, tmar@scotthulse.com;jcor@scotthulse.com

James Michael Feuille on behalf of Plaintiff Crimmins Family
Limited Partnership
jfeu@scotthulse.com, tmar@scotthulse.com;jcor@scotthulse.com

James Michael Feuille on behalf of Plaintiff MDDC Investments,
LLC
jfeu@scotthulse.com, tmar@scotthulse.com;jcor@scotthulse.com

James Michael Feuille on behalf of Plaintiff White Sands
Construction, Inc.
jfeu@scotthulse.com, tmar@scotthulse.com;jcor@scotthulse.com

James Michael Feuille on behalf of Plaintiff Dennis Crimmins
jfeu@scotthulse.com, tmar@scotthulse.com;jcor@scotthulse.com

Ronald E Ingalls
ingallstrustee@gmail.com,
ecf@ingallstrustee.com;ri@trustesolutions.net;sioboop@ingallstru

stee.com

Fred Kennon on behalf of Creditor Dona Ana County Treasurer
fredk@donaanacounty.org

David P. Lutz on behalf of Defendant PDG Prestige, Inc.
dplutz@qwestoffice.net

David P. Lutz on behalf of Defendant PDG, Inc.
dplutz@qwestoffice.net

David P. Lutz on behalf of Defendant Michael Dixson
dplutz@qwestoffice.net

David P. Lutz on behalf of Defendant Michael J Dixson
dplutz@qwestoffice.net

David P. Lutz on behalf of Interested Party PDG, Inc.
dplutz@qwestoffice.net

David P. Lutz on behalf of Interested Party Michael J Dixson
dplutz@qwestoffice.net

David P. Lutz on behalf of Plaintiff PDG Prestige, Inc.
dplutz@qwestoffice.net

Russell W. Mills on behalf of Creditor Legalist DIP GP, LLC
rmills@bellnunnally.com,
nsummerville@bellnunnally.com;tstephenson@bellnunnally.com

Russell W. Mills on behalf of Plaintiff Legalist DIP GP, LLC
rmills@bellnunnally.com,
nsummerville@bellnunnally.com;tstephenson@bellnunnally.com

Brad W. Odell on behalf of Creditor City bank
bodell@mhba.com,
memert@mhba.com;mreynolds@mhba.com;bwodellscvtxw@ecf.a
xosfs.com

David W. Parham on behalf of Creditor City Bay Capital LLC
david.parham@akerman.com,
esther.mckean@akerman.com;david.clark@akerman.com;kristen.
mcdanald@akerman.com;rick.boepple@akerman.com;teresa.barre
ra@akerman.com

Clyde A. Pine, Jr. on behalf of Creditor HD Lending, LLC
pine@mgmsg.com, clyde.pine@gmail.com

James W Rose, Jr on behalf of U.S. Trustee United States Trustee -
EP12
james.rose@usdoj.gov,
carey.a.tompkins@usdoj.gov;Roxana.peterson@usdoj.gov;aubrey.
thomas@usdoj.gov;omar.e.jones@usdoj.gov

Don Stecker on behalf of Creditor City Of El Paso

don.stecker@lgbs.com

Casey Scott Stevenson on behalf of Creditor Dennis Crimmins
cste@scotthulse.com, cmac@scotthulse.com

Casey Scott Stevenson on behalf of Defendant Dennis Crimmins
cste@scotthulse.com, cmac@scotthulse.com

Casey Scott Stevenson on behalf of Plaintiff Crimmins Family Limited Partnership
cste@scotthulse.com, cmac@scotthulse.com

Casey Scott Stevenson on behalf of Plaintiff MDDC Investments, LLC
cste@scotthulse.com, cmac@scotthulse.com

Casey Scott Stevenson on behalf of Plaintiff White Sands Construction, Inc.
cste@scotthulse.com, cmac@scotthulse.com

Casey Scott Stevenson on behalf of Plaintiff Dennis Crimmins
cste@scotthulse.com, cmac@scotthulse.com

United States Trustee - EP12
USTPRegion07.SN.ECF@usdoj.gov

Gwen Irene Walraven on behalf of Creditor Legalist DIP GP, LLC
gwalraven@bellnunnally.com, csellers@bellnunnally.com

Gwen Irene Walraven on behalf of Plaintiff Legalist DIP GP, LLC
gwalraven@bellnunnally.com, csellers@bellnunnally.com

bb

# REGULAR MAIL LIST / MATRIX

| Address1 | Address2 | Address3 | Address4 | Address5 | METHOD OF SERVICE |
|---|---|---|---|---|---|
| | | PDG PRESTIGE, INC. -- MODIFIED SERVICE LIST Updated June 23, 2023 | | | |
| City Bank | c/o Brad W. Odell | Mullin Hoard and Brown, LLP | P.O. Box 2585 | Lubbock, Texas 79408-2585 | Omit / ECF |
| City Bay Capital LLC | Benjamin Joelson, Esq. | Akerman LLP | 1251 Avenue of the Americas, 37th F | New York, NY 10020-1104 | ECF + Regular Mail |
| City of El Paso | c/o Don Stecker, Linebarger Goggan | 1112 E. Pecan St. Suite 2200 | San Antonio, TX 78205-1588 | | ECF + Regular Mail |
| Comptroller of Public Accounts | C/O Office of the Attorney General Bankruptcy - Collections Division MC | PO Box 12548 | | Austin TX 78711-2548 | ECF + Regular Mail |
| DENNIS CRIMMINS | c/o CASEY'S STEVENSON & JAMES M | SCOTT HULSE PC | PO BOX 99123 | EL PASO TX 79999-9123 | Omit / ECF |
| Dennis Crimmins | c/o Casey S. Stevenson | Scott Hulse | 201 East Main Drive #1100 | El Paso, TX 79901-1340 | Omit / ECF |
| Dona Ana County Treasurer | 845 N Motel Blvd. | Las Cruces, TX 88007-8100 | | | Regular Mail |
| Gallardo | 2701 W Picacho Ave, Ste 6 | Las Cruces, NM 88007-4732 | | | Regular Mail |
| HD Lending, LLC | c/o Clyde A. Pine, Jr. | Mounce, Green, Myers | P.O. Box 1977 | El Paso, Texas 79999-1977 | Omit / ECF |
| Internal Revenue Service | Special Procedures Staff - Insolvency | P. O. Box 7346 | Philadelphia, PA 19101-7346 | | Omit / ECF |
| Michael Dixson | | | | | Omit / ECF |
| New Mexico Real Estate Advisors, In | d/b/a Colliers International | c/o Kemp Smith LLP | Attn: James W. Brewer | 221 N. Kansas, Ste. 1700 | Omit / ECF |
| PDG Inc. | 780 N. Resler Drive Suite B | El Paso, TX 79912-7196 | | | Omit / ECF |
| Springer Management | c/o Tom Springer | 500 S. Telshor Blvd. | Las Cruces, TX 88011-4613 | | Omit / ECF |
| Suresh Kumar | c/o Harrel Davis | 4695 North Mesa | El Paso, TX 79912-6150 | | Omit / ECF |
| TEXAS WORKFORCE COMMISSION | OFFICE OF ATTORNEY GENERAL- Bank | PO BOX 12548 - MC-008 | AUSTIN, TX 78711-2548 | | Regular Mail |
| United States Trustee - EP12 | U.S. Trustee's Office | 615 E. Houston, Suite 533 | P.O. Box 1539 | San Antonio, TX 78295-1539 | Omit / ECF |
| Westar Investors Group LLC | c/o Harrel Davis | 4695 North Mesa | El Paso, TX 79912-6150 | | Omit / ECF |
| Jeff Carruth | Weycer Kaplan Pulaski & Zuber, P.C. | 24 Greenway Plaza, #2050 | Houston, TX 77046-2445 | | Omit / ECF |
| Jeff Carruth | Weycer, Kaplan, Pulaski & Zuber, P.C | 3030 Matlock Rd. Suite 201 | Arlington, TX 76015-2936 | | Omit / ECF |
| Legalist DIP GP, LLC | c/o Russell W. Mills | Bell Nunnally & Martin LLP | 2323 Ross Avenue, Suite 1900 | Dallas, TX 75201 | Omit/ECF |
| file ## 2351680 | | | | | |
| C:\Users\jcarruth\AppData\Local\Worldox\ZMS\001\PDG001\00002\[2351680.XLSX]Sheet1 | | | | | |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE:                              §
                                    §
PDG PRESTIGE, INC.,                 §            Case No. 21-30107
                                    §
Debtor.                             §
                                    §

**ORDER GRANTING MOTION OF WEYCER, KAPLAN, PULASKI & ZUBER, P.C. TO WITHDRAW AS COUNSEL FOR DEBTOR (RE: DOCKET NO. 277**

On this day the Court considered the *Motion of Weycer, Kaplan, Pulaski & Zuber, P.C. to Withdraw as Counsel for Debtor* (Docket No. 277) (the "Motion") filed herein on July 17, 2023 by Weycer, Kaplan, Pulaski & Zuber, P.C. The Court finds and concludes that the Motion contained the appropriate notices under the Bankruptcy Local Rules; according to the certificate of service attached to the Motion, the Motion was served upon the parties entitled to receive notice under the Bankruptcy Local Rules; no party in interest filed a response or objection to the Motion or any such response or objection is overruled by this Order; and that upon review of the record of this case and with respect to the Motion that cause exists to grant the relief requested therein.

**IT IS THEREFORE ORDERED THAT:**

1.      The Motion is granted as set forth herein.

2.     All capitalized terms shall have the same meaning as ascribed to such terms in the Motion, unless otherwise defined herein.

3.     Weycer, Kaplan, Pulaski & Zuber, P.C. and Jeff Carruth are hereby withdrawn as counsel for PDG Prestige Inc.

###

Submitted by:
Jeff Carruth (TX SBN: 24001846)
**WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**
2608 Hibernia, Suite 105
Dallas, TX 75204-2514
Telephone: (713) 341-1158
Fax: (713) 961-5341
E-mail: jcarruth@wkpz.com

PROPOSED FORMER ATTORNEYS FOR
PDG PRESTIGE INC.
DEBTOR