IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| PDG PRESTIGE, INC., | § | BANKRUPTCY NO. 21-30107-CGB |
|    *Debtor.* | § | |
| | § | CHAPTER 7 |
| _____ | § | |
| | § | |
| LEGALIST DIP GP, LLC and | § | _____ |
| PDG PRESTIGE, INC. (by and through | § | |
| Ronald Ingalls, Chapter 7 Trustee), | § | |
|    *Plaintiffs*, | § | |
| | § | ADVERSARY NO. 23-03004-CGB |
| v. | § | |
| | § | |
| MICHAEL DIXSON, individually; | § | |
| MESILLA VALLEY VENTURES, LLC; | § | |
| MICHAEL DIXSON TRUST THROUGH | § | |
| ITS TRUSTEE MICHAEL J. DIXSON; | § | |
| CHRISTINA DIXSON; SOUTHWESTERN | § | |
| ABSTRACT & TITLE COMPANY, INC.; | § | |
| WEYCER, KAPLAN, PULASKI & | § | |
| ZUBER P.C.; ENTRADA | § | |
| DEVELOPMENT, LLC; THE GATEWAY | § | |
| VENTURES, LLC; LPC RETAIL, LLC, | § | |
| and FSLRO 510 SOUTH TELSHOR LAS | § | |
| CRUCES, LLC, | § | |
|    *Defendants*. | § | |

**<u>ORDER GRANTING WEYCER, KAPLAN, PULASKI & ZUBER P.C.'s
MOTION FOR SUMMARY JUDGMENT</u>**

Before me came to be heard the Motion of Weycer, Kaplan, Pulaski & Zuber P.C. ("Weycer Kaplan") for Summary Judgment on the claims brought against it by Plaintiffs Legalist DIP GP, LLC ("Legalist") and PDG Prestige, Inc. (by any through Ronald Ingalls, Chapter 7 Trustee) (collectively, "Plaintiffs") and for Summary Judgment on Weycer Kaplan's affirmative defense of attorney immunity as to Legalist's claims pursuant to Federal Rule of Bankruptcy Procedure 7056 ("Motion"). After reviewing the Motion, any responsive pleadings, thereto, and the arguments of counsel, if any, I GRANT the Motion.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Summary Judgment is entered in Weycer Kaplan's favor as to the Plaintiffs' claims against Weycer Kaplan for Civil Conspiracy, Civil Contempt, and for Revocation of Weycer Kaplan's Retention Order and for Fee Disgorgement because there are no issues of material fact as to Weycer Kaplan's entitlement to Summary Judgment on these causes of action. Additionally, Summary Judgment is entered on Weycer Kaplan's affirmative defense of Attorney Immunity against the claims of Legalist brought against it as there are no issues of material fact as to Weycer Kaplan's affirmative defense of Attorney Immunity.

# # #

Prepared By:

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: */s/ Riley F. Tunnell*
THOMAS A. CULPEPPER
State Bar No. 05215650
RILEY F. TUNNELL
State Bar No. 24115879

Plaza of the Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, TX 75201-2832
Telephone: (214) 871-8233
Telecopy: (214) 871-8209
Email: tculpepper@thompsoncoe.com
      rtunnell@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT
WEYCER, KAPLAN, PULASKI & ZUBER P.C.**