**The relief described hereinbelow is SO ORDERED.**

**Signed June 02, 2026.**

_____
**CHRISTOPHER G. BRADLEY**
**UNITED STATES BANKRUPTCY JUDGE**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **In re:**<br>**PDG PRESTIGE, INC.,**<br>　　　　　　**Debtor.** | § § § § | **Case No. 21-30107-cgb**<br><br>**Chapter 7** |
| **LEGALIST DIP GP, LLC;**<br>**PDG PRESTIGE, INC.,**<br>　　　　**Plaintiffs,**<br><br>　　v.<br><br>**MICHAEL DIXSON; MESILLA**<br>**VALLEY VENTURES, LLC;**<br>**MICHAEL DIXSON TRUST;**<br>**CHRISTINA DIXSON; WEYCER**<br>**KAPLAN, PULASKI & ZUBER,**<br>**P.C.; FSLRO 510 SOUTH**<br>**TELSHOR LAS CRUCES, LLC;**<br>**LPC RETAIL, LLC; THE**<br>**GATEWAY VENTURES, LLC;**<br>**ENTRADA DEVELOPMENT,**<br>**LLC,**<br>　　　　　**Defendants.** | § § § § § § § § § § | **Adv. No. 23-03004-cgb** |

## ORDER DENYING
## MOTION FOR SUMMARY JUDGMENT

On May 27, 2026, the Court held a hearing on Plaintiffs' Motion for Summary Judgment Against Defendants Michael Dixson, Mesilla Valley Ventures, LLC, Michael Dixson Trust, Christina Dixson, Entrada Development, LLC and The Gateway Ventures [ECF No. 169] (the "Motion for Summary Judgment"). During the hearing, the Court considered the briefing, evidence and arguments of counsel. As discussed at length on the record, and as the Court's further review of the record confirms, there remain disputed issues of material fact regarding the claims addressed in the motion. Therefore, the Court finds that the Motion for Summary Judgment should be denied.

*ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED* **THAT** the Motion for Summary Judgment [ECF No. 169] is DENIED.

# # #